ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

ADVANCED ANALYTICS, INC.,

        Plaintiff,

-v-

CITIGROUP GLOBAL MARKETS, INC. f/k/a
SALOMON SMITH BARNEY, INC., and THE YIELD
BOOK, INC., f/k/a SALOMON ANALYTICS, INC.,

        Defendants.

-------------------------------------------------------------------- X

04 Civ. 3531 (LTS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/04/04

## STIPULATION AND ORDER

        Citigroup Global Markets, Inc. and The Yield Book, Inc. (collectively, "Defendants"), by their attorneys, Cleary, Gottlieb, Steen & Hamilton, and Advanced Analytics, Inc. ("Plaintiff"), by its attorneys, Hagens Berman LLP and Meredith Cohen Greenfogel & Skirnick, P.C., hereby stipulate and agree as follows:

        WHEREAS, on May 10, 2004, Plaintiff served upon Defendants its complaint in the above captioned action (the "Complaint");

        WHEREAS, Plaintiff and Defendants agree to extend the deadline for Defendants to serve their answer or otherwise respond to the Complaint from June 1, 2004 to July 1, 2004;

        NOW, THEREFORE, it is hereby agreed as follows:

        1.    Defendants shall have until July 1, 2004 to serve their answer or otherwise respond to the Complaint.

counsel of record 7/4/04

2. Pursuant to the Court's individual practices, the undersigned counsel represent that this is the first request for an extension of the deadline for Defendants to serve their answer or otherwise respond to the Complaint.

Dated: New York, New York
May 26, 2004

> HAGENS BERMAN LLP
> Steve W. Berman
> Sean R. Matt
> 1301 Fifth Avenue, Suite 2900
> Seattle, WA 98101
> (206) 623-7292
> Attorneys for Plaintiff
>
> - and -
>
> MEREDITH COHEN GREENFOGEL &
> SKIRNICK, Local Counsel
>
> By: _____
> Robert A. Skirnick (RS 2636)
>
> One Liberty Plaza, 35th Floor
> New York, NY 10006
> (212) 240-0020
> Attorneys for Plaintiff
>
>
> CLEARY, GOTTLIEB, STEEN & HAMILTON
>
> By: _____
> Lawrence B. Friedman (LF 9978)
>
> One Liberty Plaza
> New York, New York 10006
> (212) 225-2000
>
> Attorneys for Defendants

SO ORDERED:

_____ 3 June 2004
U.S.D.J.

2