UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ADVANCED ANALYTICS, INC.,     :    No. 04 Civ. 3531 (LTS)

    Plaintiff and Counterclaim-Defendant,    :    **PLAINTIFF'S NOTICE OF MOTION TO MODIFY MARCH 2, 2006 DISCOVERY ORDER**

    v.    :

CITIGROUP GLOBAL MARKETS, INC. f/k/a : 
SALOMON SMITH BARNEY, INC., and THE :
YIELD BOOK INC., f/k/a SALOMON :
ANALYTICS, INC., :

    Defendants and Counterclaim-Plaintiffs.    :
------------------------------------------------------------x

    Plaintiff respectfully moves the Court to modify paragraphs 2, 3 and 5 of the Court's March 2, 2006, discovery Order. This motion is based on the accompanying Memorandum, the Declaration of Sean R. Matt in Support of Motion to Modify March 2, 2006 Discovery Order and exhibits thereto (including the Declarations of Christian Hicks and Phelim P. Boyle) and the pleadings and record in this case.

DATED: New York, NY
           March 16, 2006.

MEREDITH COHEN GREENFOGEL &
SKIRNICK

By: /s/ Robert A. Skirnick
    Robert A. Skirnick (RS 2636)
One Liberty Plaza, 35th Floor
New York, NY 10006
(212) 240-0020

- and -

HAGENS BERMAN SOBOL SHAPIRO LLP
Steve W. Berman
Sean R. Matt
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292

Attorneys for Plaintiff

001780-11 98725 V1