```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-5-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

ADVANCED ANALYTICS, INC.,        :

                   Plaintiff,   :
                                         04 Civ. 3531 (LTS)(HBP)

   -against-              :
                                        ORDER

CITIGROUP GLOBAL MARKETS, INC.,  :
et al.,
                               :

                  Defendants.   :
-----------------------------------X

      PITMAN, United States Magistrate Judge:

      A conference having been held on July 2, 2007 during which various discovery disputes were discussed, for the reasons stated on the record in open court, it is hereby ORDERED that:

      1. No later than July 16, 2007, defendants are to produce the Yield Book sequences for the period from April, 1999 through the present.

      2. Plaintiff's application to compel production of the test input files, test results, test systems and test analysis for the sequences used by defendants is denied without prejudice to renewal.

      3. No later than July 16, 2007, defendants are to produce any documents in Teytel's files or work papers that contain the words "ACE," "Wang" or "Accelerated Convergence Expert." Plaintiff's application to compel production of additional portions of Teytel's

files is denied without prejudice to renewal upon a clearer showing of relevance.

4. The presumptive time limits for the continuation of the Teytel deposition, the Wang deposition and the Russell deposition are set as follows:

Teytel - five hours

Wang - fourteen hours

Russell - fourteen hours

These time limits are without prejudice to an application from any party to either extend or shorten any of the depositions listed for good cause.

5. To the extent plaintiff seeks an Order directing defendants to produce a witness to testify concerning defendants' document production, its motion is denied. Plaintiff remains free to serve a 30(b)(6) notice to explore this topic.

Dated: New York, New York
       July 3, 2007

SO ORDERED

HENRY PITMAN
United States Magistrate Judge

2

Copies transmitted to:

Alan S. Loewinsohn, Esq.
Loewinsohn Flegle Deary LLP
Suite 900
12377 Merit Drive
Dallas, Texas   75251-224

Lawrence Friedman, Esq.
Christopher Moore, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York   10006-1470