USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-9-07

RECEIVED
JUN 27 2007
CHAMBERS OF
HENRY PITMAN
U.S.M.J.

SWAIN, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ADVANCED ANALYTICS, INC.,

    Plaintiff and Counterclaim-Defendant,

    v.

CITIGROUP GLOBAL MARKETS, INC. f/k/a SALOMON SMITH BARNEY, INC., and THE YIELD BOOK INC., f/k/a SALOMON ANALYTICS, INC.,

    Defendants and Counterclaim-Plaintiffs.
-----------------------------------------------------------x

No. 04 Civ. 3531 (LTS) (HBP)

**STIPULATION AND ORDER EXTENDING NON-EXPERT WITNESS DISCOVERY**

    Citigroup Global Markets, Inc. and The Yield Book, Inc. (collectively, "Defendants"), by their attorneys, Cleary Gottlieb Steen & Hamilton LLP, and Advanced Analytics, Inc. ("Plaintiff"), by its attorneys, Loewinsohn Flegle Deary, LLP and Whately, Drake & Kallas, LLC, hereby stipulate and agree as follows:

    WHEREAS, the deadline to complete all non-expert witness discovery in this matter is August 20, 2007; the deadline for the parties to make expert witness disclosures described in Rule 26(a)(2) of the Federal Rules of Civil Procedure is September 4, 2007 (Plaintiff) and October 4, 2007 (Defendants); the completion of expert witness discovery deadline is November 5, 2007; and the final pretrial conference is scheduled for February 1, 2008;

    WHEREAS, both expert and non-expert discovery has continued to progress in this case, and a deposition has occurred since the Court last modified the schedule. The parties have worked diligently to schedule seven additional depositions in July and August, and expect to schedule at least two additional depositions as the schedules of the parties and witnesses permit. In light of this schedule, the parties respectfully request that the deadline to complete non-expert discovery be adjourned from August 20, 2007 to September 28, 2007;

NOW, THEREFORE, it is hereby stipulated and agreed as follows:

1. The deadline to complete all non-expert witness discovery in this matter is extended from August 20 to September 28.

2. The deadlines for the parties to make expert witness disclosures described in Rule 26(a)(2) of the Federal Rules of Civil Procedure and conduct expert witness depositions is changed to the following schedule:

   a. Plaintiff's expert disclosures are due on October 15, 2007;

   b. Defendants' rebuttal expert disclosures are due on November 14, 2007;

   c. Expert depositions shall be completed on or before December 14, 2007.

3. Dispositive pretrial motions shall be filed by January 28, 2008.

SO ORDERED.

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

SO ORDERED

HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
7-9-07

2

Dated: New York, New York
June 25, 2007

        LOEWINSOHN FLEGLE DEARY, LLP
        Alan S. Loewinsohn
        Jim L. Flegle
        David R. Deary
        Stephen Clark Wagner

        By: _____
            Alan S. Loewinsohn

        12377 Merit Drive, Suite 900
        Dallas, Texas 75251
        (214) 572-1700

        Attorneys for Plaintiff

        - and -

        WHATELY, DRAKE & KALLAS, LLC, Local Counsel
        1540 Broadway, 37th Floor
        New York, New York 10036
        (212) 447-7070

        Attorneys for Plaintiff


        CLEARY GOTTLIEB STEEN & HAMILTON LLP

        By: _____
            Lawrence B. Friedman (LF 9978)

        One Liberty Plaza
        New York, New York 10006
        (212) 225-2000

        Attorneys for Defendants