USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

ADVANCED ANALYTICS, INC.,            :

                  Plaintiff,         :    04 Civ. 3531 (LTS)(HBP)
                                     :
     -against-
                                     :    ORDER
CITIGROUP GLOBAL MARKETS, INC.,
et al.                               :

                  Defendants.        :

-----------------------------------X

       PITMAN, United States Magistrate Judge:

       I write to memorialize the rulings that I made in this matter at conferences held on July 18 and September 5, 2012.

       At the July 18 conference, I ruled that:

       1. Plaintiff's application to strike defendants' "Highly Confidential" designation with respect to information concerning sequences, sequence development or testing, or other liability issues was denied.

       2. Plaintiff's application to compel defendants to produce the glossary or dictionary defining the micro control codes was granted. Defendants were directed to produce the glossary or dictionary no later than July 27, 2012.

3. Plaintiff was directed to take its Rule 30(b)(6) deposition concerning defendants' profits and losses no later than August 10, 2012.

At the September 5, 2012 conference, I ruled that:

4. Plaintiff's motion for reconsideration of my prior decisions denying plaintiff's applications to strike defendants' "Highly Confidential" designations was denied.

5. Defendants' motion to strike the reply expert report of Dr. Fan was granted.

6. Plaintiff's application for additional discovery on the issue of liability and for production of additional portions of defendants' RCS code was denied.

7. Plaintiff's application to reopen the depositions of Russell and Herman was denied.

8. Resolution of plaintiff's application for additional discovery concerning defendant's profits was deferred pending resolution of defendants'

contemplated motion for summary judgment on the issue of liability.

Dated: New York, New York
       September 25, 2012

SO ORDERED

　　　　　　　　　　　　　　　　　　／s／ Henry Pitman
　　　　　　　　　　　　　　　　　　HENRY PITMAN
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Copies transmitted to:

Russell D. Munves, Esq.
Storch Amini & Munves, P.C.
25th Floor
2 Grand Central Tower
140 East 45th Street
New York, New York  10017

Todd S. Collins, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania  19103

Christopher P. Moore, Esq.
Jennifer K. Park, Esq.
Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, New York  10006