# CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC · PARIS · BRUSSELS · LONDON · MOSCOW
FRANKFURT · COLOGNE · ROME · MILAN · HONG KONG
BEIJING · BUENOS AIRES · SÃO PAULO · ABU DHABI

Writer's Direct Dial: +1 212 225 2357
E-Mail: jlepark@cgsh.com



October 10, 2012

VIA FACSIMILE

Hon. Laura Taylor Swain
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

Re: Advanced Analytics, Inc. v. Citigroup Global Markets Inc., et al., 04 Civ. 3531 (LTS) (HBP)

Dear Judge Swain:

Defendants Citigroup Global Markets Inc. and The Yield Book, Inc. (together, "Defendants") request that, in light of Plaintiff Advanced Analytics, Inc.'s ("AAI") belated email service of its objections to Magistrate Judge Pitman's September 25, 2012 order (Dkt. No. 174) on Defendants, the current briefing schedule, as established by Your Honor's September 19, 2012 endorsement of Plaintiff's letter dated September 18, 2012, be amended as set forth below. Plaintiff does not object to this request.

- Defendants' opposition to Plaintiff's objections will be filed and served October 26, 2012 (Plaintiff's endorsed letter set the date for Defendants' opposition at October 23).

- Plaintiff's reply will be filed and served November 8, 2012 (Plaintiff's endorsed letter set this date at November 5).

CLEARY GOTTLIEB STEEN & HAMILTON LLP OR AN AFFILIATED ENTITY HAS AN OFFICE IN EACH OF THE CITIES LISTED ABOVE

Hon. Laura Taylor Swain, p. 2

If the foregoing schedule is satisfactory to Your Honor, we respectfully request that you so indicate by endorsing this letter.

Respectfully submitted,

Jennifer Kennedy Park

cc: Russell D. Munves (via facsimile)
Todd S. Collins (via facsimile)

The proposed schedule is approved.

SO ORDERED.

NEW YORK, NY
Oct 12, 2012
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

2