**ENDORSEMENT**

<u>Advanced Analytics, Inc. v. Citigroup Global Mkts., Inc., et al.</u>
04 Civ. 3531 (LTS)(HBP)

   Plaintiff's motion for reconsideration of my Order dated June 19, 2013 (Docket Item 221) is denied. Plaintiff does not cite any controlling facts or precedent that I overlooked and that are contrary to my June 19 Order. See <u>In re City of New York, as Owner & Operator of M/V Andrew J. Barberi</u>, CV-03-6049 (ERK)(VVP), 2008 WL 1734236 at *1 (E.D.N.Y. Apr. 10, 2008), <u>citing</u> <u>Zoll v. Jordache Enter. Inc.</u>, 01 Civ. 1339 (CSH), 2003 WL 1964054 at *2 (S.D.N.Y. Apr. 24, 2003) (Haight, D.J.); <u>Fulani v. Brady</u>, 149 F.R.D. 501, 503 (S.D.N.Y. 1993) (Sweet, D.J.), <u>aff'd sub nom.</u>, <u>Fulani v. Bentsen</u>, 35 F.3d 49 (2d Cir. 1994); <u>McMahan & Co. v. Donaldson, Lufkin & Jenrette Sec. Corp.</u>, 727 F. Supp. 833, 833 (S.D.N.Y. 1989) (Mukasey, D.J.).

Dated: New York, New York
    July 11, 2013

              SO ORDERED

              _____
              HENRY PITMAN
              United States Magistrate Judge

Copies transmitted to:

Russell D. Munves, Esq.
Storch Amini & Munves, P.C.
25th Floor
2 Grand Central Tower
140 East 45th Street
New York, New York 10017

Todd S. Collins, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103

Christopher P. Moore, Esq.
Jennifer K. Park, Esq.
Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, New York 10006

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/13

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ADVANCED ANALYTICS, INC.                         :
                                                 :
      Plaintiff and Counterclaim-Defendant,      :    No. 04 Civ 3531 (LTS)(HBP)
                                                 :
      v.                                         :
                                                 :
CITIGROUP GLOBAL MARKETS, INC. f/k/a             :
SALOMON SMITH BARNEY, INC., and THE              :
YIELD BOOK INC, f/k/a SALOMON                    :
ANALYTICS, INC.,                                 :
                                                 :
      Defendants and Counterclaim-Plaintiffs.    :
-------------------------------------------------------------x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, based upon the accompanying memorandum of law of Plaintiff Advanced Analytics, Inc. and the motion to modify or reconsider the Order of June 19, 2013, and all of the pleadings and prior proceedings in this matter, Plaintiff will move this Court before the Honorable Henry Pitman at the United States Courthouse, 500 Pearl Street, New York, New York at a date and time to be determined by the Court to modify or reconsider the Order of June 19, 2013.

Dated: New York, New York
       July 3, 2013

                                                STORCH, AMINI & MUNVES, P.C.

                                                By: /s/ Russell B. Munves
                                                Two Grand Central Tower
                                                25th Floor
                                                140 East 45th Street
                                                New York, NY 10017

                                                BERGER & MONTAGUE, P.C.
                                                Todd S. Collins
                                                1622 Locust Street
                                                Philadelphia, PA 19103
                                                Attorneys for Plaintiff