USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

ADVANCED ANALYTICS, INC., :

        Plaintiff, : 04 Civ. 3531 (LTS)(HBP)

  -against- : ORDER

CITIGROUP GLOBAL MARKETS, INC., :
et al.,
 :
       Defendants.
 :
-----------------------------------X

       PITMAN, United States Magistrate Judge:

       Plaintiff's counsel has moved for leave to withdraw from the case; counsel's submissions in support of that motion total 33 pages. Plaintiff's opposition and sur-reply total 292 pages. I appreciate that plaintiff is a closely held corporation and that its principal -- who is the author of plaintiff's response -- is not trained as an attorney. Nevertheless, plaintiff's response to the motion is excessively long, especially given the narrow issue before that counsel's motion presents.

       Plaintiff is directed to submit a revised response to the motion to dismiss that totals no more than 75 pages in double spaced 12-point type; both text and footnotes are to be in 12-

point type.  Plaintiff's revised response need not be served on counsel for defendant and can be submitted directly to my chambers.

Dated:  New York, New York
        June 9, 2015

                                        SO ORDERED

                                        /s/ Henry Pitman
                                        HENRY PITMAN
                                        United States Magistrate Judge

Copies transmitted to:

Todd S. Collins, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania  19103

Xiaolu Wang, Ph. D.
Advanced Analytics, Inc.
Suite 5M
1050 George Street
New Brunswick, New Jersey  08901

Russell D. Munves, Esq.
Storch Amini & Munves, P.C.
25th Floor
2 Grand Central Tower
140 East 45th Street
New York, New York  10017

Lawrence B. Friedman, Esq.
Christopher P. Moore, Esq.
Jennifer K. Park, Esq.
Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, New York  10006