# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| ADVANCED ANALYTICS, INC. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 04-CIV-3531 (LTS) (HBP) |
| CITIGROUP GLOBAL MARKETS, INC. et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff and Counterclaim-Defendant Advanced Analytics, Inc.

Date:   01/24/2019

/s/ Peter J. Toren
*Attorney's signature*

Peter J. Toren - PT 7662
*Printed name and bar number*
3028 Newark Street NW
Washington, D.C. 20008

*Address*

ptoren@petertoren.com
*E-mail address*

(646) 623-4654
*Telephone number*

*FAX number*