# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

WASHINGTON, D.C. · PARIS · BRUSSELS · LONDON · MOSCOW
FRANKFURT · COLOGNE · ROME · MILAN · HONG KONG
BEIJING · BUENOS AIRES · SÃO PAULO · ABU DHABI · SEOUL

D: +1 212 225 2357
jkpark@cgsh.com

VICTOR I. LEWKOW
THOMAS J. MOLONEY
DAVID G. SABEL
JONATHAN I. BLACKMAN
YARON Z. REICH
RICHARD S. LINCER
JAMES A. DUNCAN
STEVEN M. LOEB
CRAIG B. BROD
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
HOWARD S. ZELBO
DAVID E. BRODSKY
ARTHUR H. KOHN
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
ERIKA W. NIJENHUIS
ANDRES DE LA CRUZ
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEWIS J. LIMAN
LEV L. DASSIN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A. ROSENTHAL
ETHAN A. KLINGSBERG
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
SUNG K. KANG
LEONARD C. JACOBY
SANDRA L. FLOW

FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
MEREDITH E. KOTLER
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
PAMELA L. MARCOGLIESE
PAUL M. TIGER
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
COLIN D. LLOYD
COREY M. GOODMAN
RISHI ZUTSHI
JANE VANLARE

DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO
HUGH C. CONROY, JR.
JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES
RAHUL MUKHI
RESIDENT PARTNERS

SANDRA M. ROCKS
S. DOUGLAS BORISKY
JUDITH KASSEL
DAVID E. WEBB
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
HEIDE H. ILGENFRITZ
KATHLEEN M. EMBERGER
AVRAM E. LUFT
ANDREW WEAVER
HELENA K. GRANNIS
JOHN V. HARRISON
CAROLINE F. HAYDAY
NEIL R. MARKEL
KENNETH S. BLAZEJEWSKI
ANDREA M. BASHAM
LAURA BAGARELLA
SHIRLEY M. LO
JONATHAN D.W. GIFFORD
SUSANNA E. PARKER
RESIDENT COUNSEL

LOUISE M. PARENT
OF COUNSEL

April 17, 2019

VIA ECF
Hon. Henry B. Pitman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 750
New York, New York 10007-1312

Re:  Advanced Analytics, Inc. v. Citigroup Global Markets Inc.
    04 Civ. 3531 (LTS) (HBP)

Dear Magistrate Judge Pitman:

I write on behalf of defendants Citigroup Global Markets, Inc. and The Yield Book Inc. ("Defendants").  As your Honor is aware, it has been three months since Defendants filed their Reply in Further Support of Defendants' Motion to Strike Plaintiff's Motion Under Rule FRCP 56(d) (the "Reply" in further support of the "Motion to Strike").  Simultaneously with that filing, Defendants requested oral argument on the Motion to Strike and a status conference at the Court's earliest convenience to discuss (i) Defendants' April 5, 2013 Motion for Summary Judgment, (ii) Defendants' April 15, 2014 Application for an Award of Expenses Pursuant to the Court's Partial Grant of Motion to Strike the Fourth Declaration of Jianqing Fan, and (iii) Defendants' January 7, 9 and 11, 2019 correspondence to the Court, regarding Plaintiff's public filing of Defendants' confidential information in its opposition to the Motion to Strike and certain supporting materials.

Defendants respectfully renew their request for a status conference at the Court's earliest convenience.  In addition, Defendants respectfully request that the Court, by endorsing this letter, order the Clerk of the Court to remove ECF Nos. 300, 302 and 305 from the public docket pending the resolution of the Motion to Strike and the parties' dispute regarding Plaintiff's obligations with respect to the filing of confidential information.

The Honorable Henry B. Pitman, p. 2

Respectfully submitted,

*/s/ Jennifer Kennedy Park*

Jennifer Kennedy Park

cc:    J. James Li, Ph.D (via ECF)

The Clerk of the Court is hereby directed to remove ECF Nos. 300, 302 and 305 from the public docket pending further order of this Court.

**SO ORDERED.**

_____
The Honorable Henry B. Pitman
United States Magistrate Judge

Dated: _____, 2019