```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

ADVANCED ANALYTICS, INC.,                :

                   Plaintiff,   :   04 Civ. 3531 (LTS)(HBP)

  -against-                              :   ORDER

CITIGROUP GLOBAL MARKETS, INC.,          :
et al.,
                               :
                 Defendants.
                               :
-----------------------------------X

        PITMAN, United States Magistrate Judge:

        Oral argument having been heard this day on plaintiff's motion, pursuant to Fed.R.Civ.P. 56(d), to defer consideration of defendants' motion for summary judgment (Docket Item ("D.I.") 292) in order to permit plaintiff to pursue further discovery and/or sanctions, plaintiff's motion to amend the protective order in this matter (D.I. 293) and defendants' motion to seal Docket Items 300, 302 and 305, for the reasons stated on the record in open court, it is hereby ORDERED that:

        1.  Plaintiff's motion to defer consideration of defendants' motion for summary judgment is denied.

        2.  Plaintiff's motion to amend the protective order is denied.

        3.  Defendants' motion to seal Docket Items 302 and 305 is granted; the Clerk of the Court is directed to place these documents under seal.  Defendants'

motion is denied with respect to Docket Item 300. This Order is without prejudice to plaintiff's right to challenge defendants' designation of Docket Items 302 and 305 as containing protected information.

The Clerk of the Court is respectfully requested to mark Docket Items 292, 293 and 307 closed.

Dated:  New York, New York
        May 28, 2019

                              SO ORDERED

                              _____
                              HENRY PITMAN
                              United States Magistrate Judge

2