UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
ADVANCED ANALYTICS, INC.,

       Plaintiff and Counterclaim-Defendant,

    v.

CITIGROUP GLOBAL MARKETS, INC. f/k/a
SALOMON SMITH BARNEY, INC., and THE YIELD
BOOK INC., f/k/a SALOMON ANALYTICS, INC.,

       Defendants and Counterclaim-Plaintiffs.

------------------------------------------------------------------ X

No. 04 Civ. 3531 (LTS) (HBP)

### NOTICE OF (I) MOTION TO STRIKE PLAINTIFF'S MOTION UNDER FRCP 56(h), AND (II) MOTION FOR SANCTIONS BY DEFENDANTS CITIGROUP GLOBAL MARKETS, INC. AND THE YIELD BOOK INC.

PLEASE TAKE NOTICE that based upon the accompanying Memorandum of Law of Defendants Citigroup Global Markets, Inc. and The Yield Book Inc. (the "Defendants"), and all of the pleadings and prior proceedings in this matter, Defendants will move this Court before the Honorable Henry Pitman at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an order (i) granting Defendants' Motion to Strike the Rule 56(h) Motion, (ii) imposing sanctions on Plaintiff and its counsel for its filing of the Rule 56(h) Motion in the form of an order requiring it to reimburse Defendants for the fees and costs incurred in bringing this motion, (iii) ordering that Plaintiff must comply with Individual Rule of Practice 2.A. prior to seeking any further relief from the Court and (iv) granting such other and further relief as the Court may deem appropriate.

Dated: New York, New York
       July 11, 2019

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____[signature]_____
    Christopher P. Moore
    (cmoore@cgsh.com)
    Jennifer Kennedy Park
    (jkpark@cgsh.com)
    Thomas S. Kessler
    (tkessler@cgsh.com)

One Liberty Plaza
New York, New York  10006-1470
(212) 225-2000
(212) 225-3999

Attorneys for Defendants and Counterclaim-Plaintiffs Citigroup Global Markets, Inc. and The Yield Book Inc.