UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADVANCED ANALYTICS, INC.

                    Plaintiff,

against

CITIGROUP GLOBAL MARTKETS, INC., et al.,

                    Defendants.

CIVIL ACTION NO.: 04 Civ. 3531 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

Defendants' counsel is directed to revise the parties' Stipulation and Proposed Order (ECF No. 378) as follows:

(1) Include Plaintiff in the first paragraph of the document where the stipulating parties are listed.

(2) Include in paragraph 6 a deadline for the outlined process and a deadline by when Defendants and Plaintiff would have to respond to the Proposed Intervenors' motion should the process fail, as follows:

> In the event that the Defendants and Proposed Intervenors are not able to resolve the motion to unseal amicably, within thirty days after the Court enters this order, Plaintiff, Defendants, and the Proposed Intervenors will jointly notify the Court, and Plaintiff and Defendants shall have twenty-one days from the date of such notice to respond to the Motion.

Dated: New York, New York
November 15, 2019

                SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**