

Issues & Appeals

**VIA ECF**

The Honorable Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

March 27, 2020

Re: *Advanced Analytics, Inc. v. Citigroup Global Markets, Inc. et al*, 04-cv-03531-LTS-SLC

Dear Magistrate Judge Cave:

Pursuant to the Court's February 6, 2020 order, the parties and proposed intervenors write jointly to report on the status of the pending motion to intervene and unseal court records. The parties and proposed intervenors continue to work in good faith to resolve the motion without court intervention. As this Court ordered, the parties provided a redacted version of the Fourth Fan Declaration, Docket No. 219 to the proposed intervenors.

Due to illness, the proposed intervenors request a brief 14-day extension of the deadline—until April 10, 2020—to notify the court whether the motion has been resolved. The parties do not oppose this request. If granted, the parties would request a corresponding extension of the deadline for the parties to respond to the motion if it has not been resolved to May 1, 2020.

Respectfully Submitted,

*/s/ Jennifer Bennett*
Jennifer D. Bennett (*pro hac vice*)
GUPTA WESSLER PLLC
100 Pine Street, Suite 1250
San Francisco, CA 94111
Phone: (415) 569-6979
jennifer@guptawessler.com

Stephanie K. Glaberson
PUBLIC JUSTICE, P.C.
1620 L Street NW, Suite 630
Washington, D.C. 20036
Phone: (202) 861-5228

*Attorneys for Proposed Intervenors Brandon Smith and the American Prospect*

Gupta Wessler PLLC
1900 L Street, NW, Suite 312, Washington, DC 20036
P 202 888 1741    F 202 888 7792
guptawessler.com



*Issues & Appeals*

/s/ *Peter J. Toren*

Peter J. Toren
3028 Newark Street NW
Washington, D.C
Phone: (646) 634-4654
ptoren@petertoren.com

*Attorney for Plaintiff Advanced Analytics, Inc.*

/s/ *Jennifer Kennedy Park*

Christopher P. Moore
Jennifer Kennedy Park
Thomas S. Kessler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Phone: (212) 225-2000

*Attorneys for Defendants Citigroup Global Markets Inc. and The Yield Book Inc.*