

**VIA ECF**

The Honorable Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

August 17, 2020

Re: *Advanced Analytics, Inc. v. Citigroup Global Markets, Inc. et al*, 04-cv-03531-LTS-SLC

Dear Magistrate Judge Cave:

Pursuant to the Court's August 4, 2020 order, the parties and proposed intervenors write jointly to report on the status of the pending motion to unseal court records. The defendants and proposed intervenors were unable to reach agreement on the remaining documents. Proposed intervenors, therefore, will file a renewed motion to unseal, identifying the documents or portions of documents still in dispute by September 7, 2020 as directed in this Court's August 4 order.

Respectfully Submitted,

*/s/ Stephanie K. Glaberson*

Stephanie K. Glaberson
PUBLIC JUSTICE, P.C.
1620 L Street NW, Suite 630
Washington, D.C. 20036
Phone: (202) 861-5228

Jennifer D. Bennett (*pro hac vice*)
Gupta Wessler PLLC
100 Pine Street, Suite 1250
San Francisco, CA 94111
Phone: (415) 569-6979
jennifer@guptawessler.com

*Attorneys for Proposed Intervenors Brandon Smith and the American Prospect*

*/s/*
Peter J. Toren
LAW OFFICE OF PETER J. TOREN

publicjustice.net    National Headquarters    West Coast Office
1620 L Street NW, Suite 630, Washington DC  20036    555 12th Street, Suite 1230, Oakland CA  94607
(202) 797-8600 phone • (202) 232-7203 fax    (510) 622-8150 phone • (510) 622-8155 fax

        3028 Newark Street NW
        Washington, D.C
        Phone: (646) 634-4654
        Phone: (646) 623-4654

*Attorney for Plaintiff Advanced Analytics, Inc.*

/s/ _____
Christopher P. Moore
Jennifer Kennedy Park
Thomas S. Kessler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Phone: (212) 225-2000

*Attorneys for Defendants Citigroup Global Markets Inc. and The Yield Book Inc.*

publicjustice.net    National Headquarters    West Coast Office
1620 L Street NW, Suite 630, Washington DC  20036    555 12th Street, Suite 1230, Oakland CA  94607
(202) 797-8600 phone • (202) 232-7203 fax    (510) 622-8150 phone • (510) 622-8155 fax