*Subject to FRE 408*

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ADVANCED ANALYTICS, INC.,                       :
                                                :
                              Plaintiff,        :    No. 04 Civ. 3531 (LTS) (SLC)
                                                :
      v.                                        :
                                                :
CITIGROUP GLOBAL MARKETS, INC. f/k/a            :
SALOMON SMITH BARNEY, INC., and THE             :
YIELD BOOK INC., f/k/a SALOMON                  :
ANALYTICS, INC.,                                :
                                                :
                              Defendants.
-----------------------------------------------------------x
```

## Settlement Agreement

Brandon Smith and the American Prospect (together, the "Proposed Intervenors") and CitiGroup Global Markets, Inc. and The Yield Book Inc. (together, "Defendants"), by and through their undersigned counsel, agree as follows:

No later than September 6, 2020, Defendants will provide to Proposed Intervenors:

(1) a copy of Exhibit SS to the Fourth Fan Declaration (the Teytel notebook) that unredacts any references to "ACE," "Xialou," "Wang," "AAI," or any similar words, as well as any dates;

(2) unredacted copies of Exhibits WW and CCC to the Fourth Fan Declaration.

Upon receipt of the above-listed documents, Proposed Intervenors will—by the end of the following calendar day—file with the Court the attached agreed-upon notice withdrawing their Motion to Intervene and Unseal with prejudice, with certain delineated rights reserved.

Dated: September 5, 2020

/s/ Jennifer D. Bennett

Stephanie K. Glaberson
PUBLIC JUSTICE, P.C.
1620 L Street NW, Suite 630
Washington, D.C. 20036
Phone: (202) 861-5228

Jennifer D. Bennett (*pro hac vice*)
Gupta Wessler PLLC
100 Pine Street, Suite 1250
San Francisco, CA 94111
Phone: (415) 569-6979
jennifer@guptawessler.com

*Attorneys for Proposed Intervenors Brandon Smith and the American Prospect*

/s/ Jennifer Kennedy Park

Christopher P. Moore
Jennifer Kennedy Park
Thomas S. Kessler
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Phone: (212) 225-2000

*Attorneys for Defendants Citigroup Global Markets Inc. and The Yield Book Inc.*

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ADVANCED ANALYTICS, INC.,

                              Plaintiff,          No. 04 Civ. 3531 (LTS) (SLC)

    v.

CITIGROUP GLOBAL MARKETS, INC. f/k/a
SALOMON SMITH BARNEY, INC., and THE
YIELD BOOK INC., f/k/a SALOMON
ANALYTICS, INC.,

                             Defendants.
------------------------------------------------------------x

## **NOTICE OF WITHDRAWAL OF MOTION TO INTERVENE AND UNSEAL**

The proposed intervenors and defendants have reached a resolution to the proposed intervenors' motion to intervene and unseal without court intervention. Therefore, the proposed intervenors withdraw that motion with prejudice, and, for the avoidance of doubt, will not make any request to (1) unseal any documents filed in the Action as of the date of this notice or (2) modify or remove any redaction applied to any document filed in this Action or provided to the Proposed Intervenors as of the date of this notice, *provided however*, that proposed intervenors do not waive their rights (1) to seek to enforce any written agreement (including agreements by email) between intervenors and any party to this action regarding the court records provided to the Proposed Intervenors in connection with the Motion; or (2) to move to intervene and unseal any court records that may be filed in this action after the date of this notice.

                                                 Respectfully Submitted,

                                                 _____

                                                 Stephanie K. Glaberson
                                                 PUBLIC JUSTICE, P.C.
                                                 1620 L Street NW, Suite 630
                                                 Washington, D.C. 20036
                                                 Phone: (202) 861-5228

Jennifer D. Bennett (*pro hac vice*)
Gupta Wessler PLLC
100 Pine Street, Suite 1250
San Francisco, CA 94111
Phone: (415) 569-6979
jennifer@guptawessler.com

*Attorneys for Proposed Intervenors Brandon Smith and the American Prospect*