From: **Kessler, Thomas** <tkessler@cgsh.com>
Date: Mon, Sep 21, 2020 at 1:37 PM
Subject: FW: [For Settlement Purposes Only] AAI v. Citi
To: Peter Toren <ptoren@petertoren.com>, Jim Li <lij@lilaw.us>, Jennifer Bennett <jennifer@guptawessler.com>, Stevie Glaberson <sglaberson@publicjustice.net>
Cc: Park, Jennifer Kennedy <jkpark@cgsh.com>

Peter,

Please see the below and attached per my separate email.

Regards,
Tom

___

**Thomas S. Kessler**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: asewer@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2884
tkessler@cgsh.com  | clearygottlieb.com
Pronouns: he/him/his

**From:** Gonzalez, Katie <kgonzalez@cgsh.com>
**Sent:** Wednesday, August 19, 2020 3:35 PM
**To:** Jennifer Bennett <jennifer@guptawessler.com>; Kessler, Thomas <tkessler@cgsh.com>
**Cc:** Stevie Glaberson <sglaberson@publicjustice.net>
**Subject:** RE: [For Settlement Purposes Only] AAI v. Citi

*Confidential*
*Subject to FRE 408 and All Similar Rules*

Jenn,

As we discussed, attached is a further revised version of the Fourth Fan Declaration that un-redacts the paragraphs you requested below, subject only to certain portions of paragraphs 44, 45, 55, 56, 72, and 93 that contain confidential, commercially sensitive information about the source code, its sequences, and techniques.

At this stage, we have not yet arrived at a final position with respect to your proposal to either un-redact the Teytel Notebook in full, or to provide you with un-redacted versions of Exhibits WW and CCC.  We'll continue to follow up with our client and let you know if we're able to make any further proposal ahead of the September 7 deadline.  If we're able to receive any additional information from our client by September 7 that indicates that we may be able to offer further un-redactions to these documents (thereby mooting any dispute), we will certainly let you know.

In the meantime, please let us know if the attached fully resolves the issues with respect to the Fourth Fan Declaration, or if your client intends to continue to pursue the words/phrases left un-redacted. Also as we discussed, please let us know if there are any portions of the record beyond those listed in your 8/15 proposal that you are planning to include in your September 7 filing.

Thanks,
Katie

___

**Katie Gonzalez**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: snarine@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2423
kgonzalez@cgsh.com  |  clearygottlieb.com
Pronouns: she/her/hers