UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADVANCED ANALYTICS, INC.,

                Plaintiff,

against

CITIGROUP GLOBAL MARKETS, INC., et al.,

                Defendants.

CIVIL ACTION NO.: 04 Civ. 3531 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the Proposed Intervenors' withdrawal of their motion to intervene and unseal records on this case's docket (the "Motion to Intervene") (ECF No. 456), Plaintiff's response to the Motion to Intervene (ECF No. 457) is deemed moot.

Dated:        New York, New York
               September 23, 2020

                                                     _____
                                                       SARAH L. CAVE
                                                       **United States Magistrate Judge**