# REDACTED

HIGHLY CONFIDENTIAL

CGM 00209

# REDACTED

CGM 00210

HIGHLY CONFIDENTIAL

# REDACTED

**HIGHLY CONFIDENTIAL**

CGM 00211

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00212

# REDACTED

HIGHLY CONFIDENTIAL

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00214

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00215

# REDACTED

HIGHLY CONFIDENTIAL

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00217

# REDACTED

CGM 00218

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00219

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00220

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00221

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00222

# REDACTED

CGM 00223

HIGHLY CONFIDENTIAL

# REDACTED

HIGHLY CONFIDENTIAL          CGM 00224

# REDACTED

HIGHLY CONFIDENTIAL

# REDACTED

CGM 00226

# REDACTED

HIGHLY CONFIDENTIAL

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00228

# REDACTED

HIGHLY CONFIDENTIAL

# REDACTED

HIGHLY CONFIDENTIAL

# REDACTED

HIGHLY CONFIDENTIAL

# REDACTED

HIGHLY CONFIDENTIAL

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00233

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00234

# REDACTED

HIGHLY CONFIDENTIAL

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00236

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00237

# REDACTED

ACEGF. Comparison for Ids 1190 Redacted

— gauss random & with fixed α;

Redacted

HIGHLY CONFIDENTIAL

Redacted

Redacted

HIGHLY CONFIDENTIAL

CGM 00239

Redacted

Project ace

out-ace ⟶ list-ace Redacted

Redacted                    Redacted

file list ace is ready

Result in   zating-ace
              rating-ace6

HIGHLY CONFIDENTIAL

CGM 00240

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00241

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00242

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00243

LDS - ACE2.

Same as lds-ace, but different
opt - sreu!

HIGHLY CONFIDENTIAL

CGM 00244

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00245

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00246

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00247

# REDACTED

CGM 00248

HIGHLY CONFIDENTIAL

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00249

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00250

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00251

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00252