**Radak 30(b)(6) 9/28/07 Deposition**

8:19     Q.   Okay.  You understand you are
8:20  here to answer questions concerning a
8:21  production that Citigroup had made to the
8:22  plaintiffs?
8:23     A.   Yes.
8:24     Q.   And it was a production made on
8:25  July 7 -- July 16, 2007 and on August 17,
9:1              RADAK
9:2  2007?
9:3     A.   Yes.
9:4     Q.   And what qualifications do you
9:5  have to answer those questions?
9:6         MR. MOORE:  Objection.
9:7     A.   I worked with related models for
9:8  a number of years, and I worked on -- on
9:9  this particular set of programs since June
9:10  of '96, and I was asked to look -- look at
9:11  a code and to produce the desired
9:12  sequences.
9:13     Q.   Since June you said of '96?
9:14     A.   June of -- pardon me.
9:15     Q.   2006?
9:16     A.   No.  No.  Pardon.  Since June of
9:17  2004, since I got the job at Citigroup.
9:18         MR. MOORE:  Thanks, Russell.
9:19         MR. MUNVES:  There is enough
9:20  detail in this case that we don't need to
9:21  have obvious misstatments on the record.
9:22         MR. MOORE:  Agreed.  I
9:23  appreciate it.
9:24     Q.   So what did you do in connection
9:25  with the production?
10:1              RADAK
10:2     A.   Production of the sequences that
10:3  was given in July and August?
10:4     Q.   Yes.
10:5     A.   Yeah.  I looked into the code
10:6  and recovered the code as if -- as it
10:7  existed at appropriate times in the past.
10:8  **First I looked through the log files and**
10:9  **tried to figure out when the relevant code**
10:10  **was changed.**  First I had to identify the
10:11  relevant code, and then I had to figure
10:12  out when it was changed and whether those
10:13  changes were of material nature or not,
10:14  and if I thought that changes were of

```
10:15  material nature, then I produced the
10:16  sequences for that particular date.
10:17  Q.   What was your criteria for
10:18  determining whether a change was of
10:19  material nature?
10:20     A.   Monte Carlo sequences are
10:21  produced using several functions, and
10:22  there are many -- many other files and
10:23  many other functions that were produced
10:24  over the last -- since 1994 since the
10:25  inception of RCS, and most of those
11:1            RADAK
11:2  changes did not have any relevance to
11:3  production of Monte Carlo sequences.
11:4     Q.   Where did you find the log file?
11:5     A.   In RCS, mortgage analytics RCS.
11:6     Q.   Mortgage analytics RCS, that
11:7  is -- is that the same as the yield book
11:8  RCS?
11:9     A.   To my best knowledge, no.
11:10    Q.   What is the difference?
11:11    A.   I don't know exactly what the
11:12  difference is, but people who work for
11:13  yield book group are responsible for the
11:14  code that they present to the clients.  So
11:15  some of that code is directly taken from
11:16  us, but I don't know whether they produce
11:17  some edition that -- they have to produce
11:18  a front end that clients can -- can see,
11:19  and that part of the code is not produced
11:20  at mortgage analytics.
11:21    Q.   Well, is the -- is the code that
11:22  generates a sequence in the yield book RCS
11:23  code -- I am sorry -- the yield book RCS?
11:24    A.   Yes.
11:25    Q.   And did you check the yield book
12:1            RADAK
12:2  RCS for the code that they used to
12:3  generate sequences?
12:4     A.   I don't have access to yield
12:5  book RCS.  I cannot --
```