From russell Fri Mar 21 11:43:04 1997
From: russell (Robert A. Russell)
To: wang.res@worldnet.att.net
Subject: standalone test
Date: Fri, 21 Mar 97 11:43:03 EST

Xiaolu,

The code for pass-throughs now works on the standalone machine, which has a floppy disk drive installed. We can compile code on that machine, also. Thus to run a test for pass-throughs, we would need a disk with some code and data files that could be read into the standalone machine and then compiled and tested. We would save the price outputs for the various securities and then run the same test with our model, though many times more.

I am currently working on transporting the CMO program to the standalone machine. It is not that much more difficult, but it will be the more important test for us, as we are satisfied with pass-through calculations, but some CMO's have significant variance based on seed.

The number of time steps for which we get random numbers is [Redacted] but I do not think that all of them are used. We also need to run some number of paths that is divisible by four.

It might be good for you to bring along a disk with some code and data to check out whether we can read a disk that you produce. Of course, such a disk should not contain any proprietary information at this point in time.

--Bob

CGM 00034