From: russell Thu Jun 12 14:32:29 1997
From: russell (Robert A. Russell)
To: grayson@numerix.com
Cc: jgammill@mhny
Subject: gauss_random routine
Date: Thu, 12 Jun 97 14:32:27 EDT

Here is a modified version of our current gauss_random() routine. It is my
expectation that we would use a substitute gauss_random() compiled by you and
loaded with our code to run your random numbers. The routine is called once for
each time step, with **Redacted** total time steps. Once it has made the **Redacted** calls, it is
not called again no matter how many bonds we are running. The first call is for
the earliest time step.

We would expect to test with different numbers of paths. Our program requires
that the number of paths be        **Redacted**
      **Redacted**         , unless you have another suggestion. Presumably your
gauss_random() could accept these (and perhaps other) values of n.

We are currently engaged in a project to determine accurate mean values for
sample securities. Getting your results without those results would not be too
helpful, so my only urgency is to be sure there is no great time disparity in
finishing our sampling and testing with your random numbers.

**Redacted**

CGM 00033