UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X

ADVANCED ANALYTICS, INC.,

              Plaintiff,

    -v-

CITIGROUP GLOBAL MARKETS, INC. f/k/a
SALOMON SMITH BARNEY, INC., and THE YIELD
BOOK, INC., f/k/a SALOMON ANALYTICS, INC.,

             Defendants.

--------------------------------------------------------------- X

04 Civ. 3531 (LTS)

### DECLARATION OF NATHANIEL POLISH

2. I have reviewed the revision control system ("RCS") that defendants produced to plaintiff, which bears the bates stamp CGM 00176-00177.

3. After reviewing the RCS files produced by defendants, I was able to determine, for any given day during the relevant period, (a) the seeds used in defendants' production code; (b) the random-number generator used in defendants' production code; (c) the sequence of random numbers generated as a result of inputting the seeds into the random-number generator, the so-called "YB" or "Yield Book Numbers"; and (d) the number of paths used by defendants' production code.

4. As a result of plaintiff's receipt of this information, it can compare what the plaintiff refers to as the ACE Numbers to every set of YB Numbers ever in existence during the

FROM : DAEDALUS TECHNOLOGY GROUP    FAX NO. : 212 584 3875    Feb. 28 2006 06:23AM P3

period covered by the RCS files produced by defendants. With this information, plaintiff can determine whether defendants' production code ever incorporated the ACE Numbers.

2