# REDACTED

HIGHLY CONFIDENTIAL

CGM 00209

# REDACTED

CGM 00210

HIGHLY CONFIDENTIAL

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00211

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00212

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00213

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00214

# REDACTED

CGM 00215

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00216

# REDACTED

HIGHLY CONFIDENTIAL

# REDACTED

CGM 00218

# REDACTED

HIGHLY CONFIDENTIAL

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00220

# REDACTED

CGM 00221

# REDACTED

HIGHLY CONFIDENTIAL

# REDACTED

CGM 00223

HIGHLY CONFIDENTIAL

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00224

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00225

# REDACTED

HIGHLY CONFIDENTIAL

# REDACTED

HIGHLY CONFIDENTIAL

# REDACTED

HIGHLY CONFIDENTIAL

# REDACTED

# REDACTED

HIGHLY CONFIDENTIAL

# REDACTED

HIGHLY CONFIDENTIAL

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00232

# REDACTED

HIGHLY CONFIDENTIAL

# REDACTED

HIGHLY CONFIDENTIAL

# REDACTED

CGM 00235

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00236

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00237

# REDACTED

ACEGF Comparison for Tds 1190

— gauss_random & with fixed a;

HIGHLY CONFIDENTIAL

CGM 00238

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00239

# REDACTED

Redacted

CGM 00240

HIGHLY CONFIDENTIAL

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00241

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00242

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00243

$LDS - ACE2$.

Same as lds-ace, but different
opt - srem!

HIGHLY CONFIDENTIAL

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00245

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00246

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00247

# REDACTED

CGM 00248

HIGHLY CONFIDENTIAL

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00249

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00250

# REDACTED

HIGHLY CONFIDENTIAL

# REDACTED

HIGHLY CONFIDENTIAL

CGM 00252