

Fig.1 Pre-AAI Test Flow chart of TYB, Which Defendants Claim remained the same Post-AAI



Fig.2 *Flow chart of TYB During ACE Tests*



Fig.3 *Flow chart of TYB After ACE Theft*



Fig.6 *Sequences Used in TYB Revealed by RCS code*