Richard Isenberg dep. 8/14/2012 (portfolio hedging by institutional traders)

177:24  Q.   Well, let's say the trader -- an
177:25  institutional trader has a portfolio of
178:1        RICHARD A. ISENBERG
178:2  instruments that it's responsible for.
178:3     A.   Okay.
178:4     Q.   What would be in that portfolio?
178:5     A.   Whatever -- whatever types of
178:6  securities he's authorized to transact in.
178:7     Q.   So it could be passthroughs?
178:8     A.   If it's the pass -- yes, if it's
178:9  a passthrough trader, yes.
178:10    Q.   Could be specified -- could be
178:11  TBAs?
178:12    A.   If it's the TBA trader, yes.
178:13    Q.   Could be specified pools?
178:14    A.   If it's the specified pool
178:15  trader, yes.
178:16    Q.   And it could be CMOs?
178:17    A.   If it's one of the agency CMO
178:18  traders, yes.
178:19    Q.   So they might have many
178:20  instruments in their inventory; is that
178:21  correct?
178:22    A.   Sure.
178:23    Q.   And how many might they have?  A
178:24  hundred?  A thousand instruments?
178:25         MR. MOORE:  Object to form.
179:1          RICHARD A. ISENBERG
179:2          THE WITNESS:  It varies by the
179:3     type of trader and strategy, but it
179:4     could be hundreds to thousands.
179:5  BY MR. MUNVES:
179:6     Q.   So let's say we're talking about
179:7  a passthrough TBA trader.
179:8     A.   Okay.

179:9    Q.   How does he hedge his inventory?
179:10   A.   Typically, a TBA trader would
179:11  hedge his inventory either via TBAs,
179:12  treasuries, interest rate swaps, futures and
179:13  Euro dollars.
179:14   Q.   So does that mean the trader is
179:15  selling short an equivalent amount of those
179:16  things you just mentioned to offset the long
179:17  risk on TBAs in his inventory?
179:18   A.   I don't know what you mean by
179:19  the term "equivalent amounts."
179:20   Q.   Well, tell me how the trader
179:21  would hedge the hypothetical inventory of a
179:22  thousand passthrough TBAs.
179:23   A.   Generally, what happens is, you
179:24  would sit there and try to determine what the
179:25  duration is of the portfolio and what his
180:1           RICHARD A. ISENBERG
180:2  exposure is as determined, you know, by
180:3  equivalents.
180:4          Like, for a TBA trader, he could
180:5  sit there and try to determine how long or
180:6  short he is in ten-year equivalents.  And
180:7  then, you know, once he determines what he
180:8  believes to be, you know, how long he's short
180:9  in ten years, he has the choice of -- let's
180:10  say he's long 50 million ten years, he can go
180:11  out and sell 50 million ten years, and he
180:12  would have put on a hedge that is somewhat
180:13  correlated and somewhat effective.
180:14          It doesn't eliminate all of the
180:15  exposure, but it certainly eliminates a lot of
180:16  the interest rate exposure.
180:17   Q.   How would he do that if he were
180:18  a trader of the specified pool?
180:19   A.   Similarly, because specified
180:20  pools would be equated back to TBAs.

180:21     Q.    And how would he do it for an
180:22  inventory of agency CMOs?
180:23     A.    It gets a little bit more
180:24  complicated there because you have different
180:25  kinds of exposures -- you have more
181:1            RICHARD A. ISENBERG
181:2  complicated exposures in CMOs.
181:3     Q.    So how would he do it?
181:4     A.    Well, he would -- generally,
181:5  what happens is overnight the agency CMO desk
181:6  runs their exposure through analytics.  They
181:7  come in in the morning.  They take a look at
181:8  what the models tell them their exposure is.
181:9  They adjust the models -- or they adjust their
181:10  exposure, sorry, not the models, they adjust
181:11  their exposure based on known deficiencies in
181:12  the models and based on, you know, how the
181:13  market is trading.
181:14            And then based on that analysis
181:15  and them adjusting their exposure, they may or
181:16  may not adjust their hedges.
181:17     Q.    You say adjust based on known
181:18  deficiencies.
181:19            What do you mean by known
181:20  deficiencies?
181:21     A.    Well, there's -- right now
181:22  currently, most, if not all, prepaid models in
181:23  the market do not produce results that the
181:24  market believes are accurate, that reflect
181:25  what either true prepayments are or what the
182:1            RICHARD A. ISENBERG
182:2  market perceives true prepayments to be.
182:3  Sorry.
182:4     Q.    When you say "true prepayments,"
182:5  are we talking about expected duration of the
182:6  pool of mortgages, such that, for example,
182:7  30-year mortgages prepay, most of them prepay

182:8  in seven years or eight years or five years?
182:9  Is that the kind of thing you're talking
182:10  about?
182:11     A.   Well, it's -- that's not
182:12  necessarily what I was talking about, but
182:13  prepayment affects the duration of your
182:14  security immensely.  Okay?
182:15          But what I'm talking about is,
182:16  your model can sit there and say, you know,
182:17  this security is going to prepay like, you
182:18  know, at this particular rate.  All right?
182:19  Where the market believes these types of
182:20  securities trade at a totally different rate.
182:21     Q.   You mean prepay at a different
182:22  rate.
182:23     A.   Or prepay at a different rate,
182:24  sorry.  That's what I meant, yes.
182:25     Q.   So the trader would then take
183:1          RICHARD A. ISENBERG
183:2  the current prepayment rate that he had
183:3  determined from the market and plug that into
183:4  the prepayment model instead of the rate that
183:5  was in there already?
183:6     A.   He could or he could just adjust
183:7  the results that the model told him based on,
183:8  you know, how he knows it's going to trade.
183:9     Q.   And how would he know how much
183:10  to adjust the model?
183:11     A.   Experience.  That's what he gets
183:12  paid for.
183:13     Q.   But if each CMO is a different
183:14  structure, how would he know how a small
183:15  change to the prepayment model would affect
183:16  different CMOs?
183:17     A.   Well, what I said is, each CMO
183:18  is generally a unique structure, but tranches
183:19  of CMOs, a lot of them are very similar.

183:20     Q.   But if he doesn't find a similar
183:21  one, then he makes the adjustment to
183:22  prepayment rate -- if he doesn't find a
183:23  similar tranche, he can also change the
183:24  prepayment speed and the prepayment model and
183:25  rerun the valuation in The Yield Book; is that
184:1          RICHARD A. ISENBERG
184:2  correct?
184:3     A.   There could be several things
184:4  that he could do.  What he could do is he
184:5  could actually        **Redacted**

              Okay?
184:9          Or he could sit there -- The
184:10              **Redacted**
                        .
184:12    Q.   And then you would rerun the
184:13  valuation       **Redacted**
                                        .
184:15    A.   You would sit there, probably
184:16  put in    **Redacted**   , and you would rerun
184:17  it, and it would either generate a new yield
184:18  or a new price.
184:19    Q.   Depending upon what you were
184:20  looking for.
184:21    A.   Correct.
184:22    Q.   So the trader who is trading
184:23  CMOs looks at the market, determines the
184:24  prepayment speed, determines whether he thinks
184:25  the model is -- the prepayment model
185:1          RICHARD A. ISENBERG
185:2  accurately reflects the prepayment speed and
185:3  can make adjustments and can then rerun the
185:4  model after he's made the adjustments.
185:5     A.   That's typically what he does.