**Dr. Nathaniel Polish 7/16/12 Dep**.

116:8   Q.    Dr. Polish, could you just tell
116:9   me again, what computer did you use to verify
116:10  the work that Dr. Teytel performed on the
116:11  sequence development disks?
116:12       A.    I used a Mac Book Pro that I
116:13  had in my office that I set up for that
116:14  purpose.
116:15       Q.    And did you price any of the
116:16  CMO bonds using a Mac Book Pro?
116:17           MR. JEDREY:  Objection.
116:18           THE WITNESS:  I don't think so,
116:19       no.