| | | |
|---|---|---|
| [xvi] 221:11 | 12 | Q.  A single sequence, you can't |
| 221:12 | 13 | correlate the accuracy of a single sequence as |
| 221:13 | 14 | against two different sets of securities. |
| 221:14 | 15 | MR. MOORE:   Object to form. |
| 221:15 | 16 | A.  The way you've stated it, it would |
| 221:16 | 17 | seem to be -- correlation probably wouldn't make |
| 221:17 | 18 | much sense.  In fact, I'm not even sure how to |
| 221:18 | 19 | calculate it. |