UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ADVANCED ANALYTICS, INC.,

                    Plaintiff,                    04 **CIVIL** 3531 (LTS) (SLC)

      -against-                        **JUDGMENT**

CITIGROUP GLOBAL MARKETS INC., et al.,

                    Defendants.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 4, 2021, in the Court's September Order, and in the 2009 Report and 2019 Report, the Court adopts the 2009 Report's recommendations concerning Plaintiff's entitlement to nominal damages and Defendants' counterclaim for attorneys' fees. Judgment is entered as follows:(1) in Plaintiff's favor on its breach of contract claim (to the extent that claim is based on Teytel's limited use of the outputs of Defendants' testing of ACE) and to award Plaintiff damages on that claim in the nominal amount of $1, (2) in favor of Defendants as to the remainder of Plaintiff's claims and as to Defendants' counterclaim for fees and costs under the parties' Non-Disclosure Agreement; accordingly, the case is closed. The Court shall retain jurisdiction over this action for the purpose of calculating and awarding the fees and costs to which Defendants are entitled.

**Dated:**  New York, New York
           November 5, 2021

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                            **BY:**

                                                        **Deputy Clerk**