UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

ADVANCED ANALYTICS, INC.,

    Plaintiff,

-v-                                      No. 04-CV-3531-LTS-SLC

CITIGROUP GLOBAL MARKETS INC., et al.,

    Defendants.

--------------------------------------------------------x

ORDER

On November 4, 2021, the Court issued an Order (docket entry no. 464) imposing a schedule for Defendants' submission of a declaration setting forth the fees and costs to which they claim entitlement pursuant to that Order. (Id. at 6 ("Defendants shall file a declaration . . . by the earlier of (1) 45 days from the date of this Order, or, in the event of an appeal, (2) 30 days from the date of the Second Circuit's mandate resolving such appeal.").) The following paragraph clarifies and supersedes the provision of the November 4, 2021, Order concerning the deadline for filing the declaration.

In the event no party files an appeal of the Court's judgment entered on November 5, 2021 (docket entry no. 465), Defendants shall file the declaration referenced in the Court's Order dated November 4, 2021, by **December 20, 2021**. In the event any party files an appeal of the Court's judgment, Defendants shall file their declaration no later than 30 days after the date of the Second Circuit's mandate resolving such appeal.

    SO ORDERED.

Dated: New York, New York        /s/ Laura Taylor Swain
       November 23, 2021         LAURA TAYLOR SWAIN
                                             Chief United States District Judge