# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

WASHINGTON, D.C. • PARIS • BRUSSELS • LONDON • MOSCOW
FRANKFURT • COLOGNE • ROME • MILAN • HONG KONG
BEIJING • BUENOS AIRES • SÃO PAULO • ABU DHABI • SEOUL

STEVEN M. LOEB
CRAIG B. BROD
NICOLAS GRABAR
DAVID E. BRODSKY
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
ANDRES DE LA CRUZ
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEV L. DASSIN
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A. ROSENTHAL
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
COLIN D. LLOYD
COREY M. GOODMAN
RISHI ZUTSHI
JANE VANLARE
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
AUDRY X. CASUSOL
ABENA A. MAINOO
HUGH C. CONROY, JR.
JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES
RAHUL MUKHI
ELANA S. BRONSON
MANUEL SILVA
KYLE A. HARRIS
LINA BENSMAN
ARON M. ZUCKERMAN
KENNETH S. BLAZEJEWSKI
MARK E. MCDONALD
F. JAMAL FULTON
   RESIDENT PARTNERS

SANDRA M. ROCKS
JUDITH KASSEL
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
HEIDE H. ILGENFRITZ
ANDREW WEAVER
HELENA K. GRANNIS
JOHN V. HARRISON
LAURA BAGARELLA
JONATHAN D.W. GIFFORD
SUSANNA E. PARKER
DAVID W.S. YUDIN
   RESIDENT COUNSEL

LOUISE M. PARENT
   OF COUNSEL

D: +1 212 225 2357
jpark@cgsh.com

December 14, 2021

VIA ECF

The Hon. Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street, Room 17C
New York, New York 10007-1312

## MEMO ENDORSED

Re:  *Advanced Analytics, Inc. v. Citigroup Global Markets*, Case No. 04 Civ. 3531 (LTS)(SLC)

Dear Chief Judge Swain:

I write on behalf of defendants Citigroup Global Markets, Inc. and The Yield Book Inc. ("Defendants") related to the Court's Order of November 23, 2021 (ECF No. 466, the "Fees and Costs Order"). Absent an appeal by Advanced Analytics, Inc. ("Plaintiff"), the Fees and Costs Order sets a schedule whereby Defendants are required to submit "a declaration setting forth the fees and costs to which they claim entitlement pursuant to that Order" (the "Fees and Costs Declaration") by December 20, 2021. *Id*. at 1.

As Your Honor knows, Plaintiff has filed a Motion for Reconsideration and Relief from Judgment on December 3, 2021 (ECF No. 467, the "Reconsideration and Relief Motion"), which operates to extend Plaintiff's time to file an appeal under the Federal Rules of Appellate Procedure. *See* Fed. R. App. P. 4(A)(iv). Defendants anticipate timely filing a response.

Although not enumerated by the Fees and Costs Order, Defendants submit that the purpose of the Court's existing deadline would be served by modifying the deadline for Defendants' submission of the Fees and Costs Declaration to forty-five days from the later of (i) the resolution of the Reconsideration and Relief Motion or (ii) the issuance of a mandate from the United States Court of Appeals for the Second Circuit, in the event Plaintiff pursues an appeal from the entry of judgment in the above-captioned action. Defendants sought Plaintiff's position with respect to the requested modification on December 10 and December 13, 2021. As

The Hon. Laura Taylor Swain, p. 2

of the date of this Letter, Plaintiff has not provided its position.  Although, as Your Honor knows, the Court previously revised and clarified the deadline for the submission of the Fees and Costs Declaration (as set forth in the Fees and Costs Order and after an inquiry to Chambers), this is Defendants' first request for an extension of the deadline for submission of the Fees and Costs Declaration.

Respectfully submitted,

*/s/ Jennifer Kennedy Park*

Jennifer Kennedy Park

cc:  All counsel of record (via ECF)

The requested extension is granted.  DE#468 resolved.

SO ORDERED.
Dated: December 15, 2021
/s/ Laura Taylor Swain, Chief U.S.D.J.