NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
**Sent:** Tuesday, January 26, 2021 6:54 AM
**To:** jkpark@cgsh.com; cmoore@cgsh.com; mparthum@cgsh.com; tkessler@cgsh.com; ptoren@petertoren.com; lij@lilaw.us

Dear counsel,

In light of the ongoing pandemic, the Court would appreciate if the parties could email to chambers unredacted electronic courtesy copies of the parties' sealed and redacted filings relevant to plaintiff's objections to Judge Pitman's Report and Recommendation dated September 4, 2019 (DE No. 340), Judge Pitman's Opinion and Order dated September 4, 2019 (DE No. 339), and Judge Cave's Opinion and Order dated June 9, 2020 (DE No. 438), including the parties' motion papers precipitating those decisions.

The Court would ask that counsel meet and confer to ensure a complete list of relevant filings not on the public docket (or on the public docket only in unredacted form), and for defense counsel, which has been involved in this case since its outset, to email a full set of electronic copies of those filings to chambers.

Please let the Court know of any questions.

Thank you,
Chambers of Judge Laura Taylor Swain