1622 LOCUST STREET | PHILADELPHIA, PA 19103-6305 | PHONE: 215/875-3000 | FAX: 215/875-4604 | WWW.BERGERMONTAGUE.COM

# Berger & Montague, P.C.
ATTORNEYS AT LAW

**TODD S. COLLINS**

| | |
|---|---|
| WRITER'S DIRECT DIAL | 215/875-3040 |
| WRITER'S DIRECT FAX | 215/875-5715 |
| WRITER'S DIRECT E-MAIL | tcollins@bm.net |

June 1, 2017

**Via Fax: (212) 805-6111**
The Honorable Henry Pitman
U.S. Magistrate Judge
Daniel Patrick Moynihan
U.S. Court House
500 Pearl Street
New York, NY   10007-1312

Re:   *Advanced Analytics, Inc. v. Citigroup Global Market, Inc., et al.*
       No. 04-cv-3531 (LTS) (HBP)

Dear Magistrate Judge Pitman:

With respect to the Court's Orders of yesterday, I promptly communicated with plaintiff's principal, Dr. Wang, as the Court directed.

In his letter of yesterday evening, Dr. Wang makes outrageous and entirely false accusations against former counsel. I think it neither necessary nor appropriate to respond point by point, but I will, of course, provide to the Court any information that it may request.

Respectfully,

BERGER & MONTAGUE, P.C.

Todd S. Collins
1622 Locust Street
Philadelphia, PA   19103

TSC/dlg
cc:   Dr. Xiaolu Wang (via email)
      All Counsel (via email)

kal7685816_920_1