June 2, 2017
Xiaolu Wang, PhD

**By Facsimile to (212)805-6111**

Hon. Henry **PITMAN**
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007-1312
(212) 805-6105

Re: <u>*Advanced Analytics, Inc. v. Citigroup Global Capital Market, Inc. et al.*
04 Civ. 3531 (LTS)(HBP)</u>

Dear Judge Pitman,

Mr. Collins' letter to the Court of June 1 stated that "...I promptly communicated with Plaintiff's principal, Dr. Wang,..." It is inaccurate. He did ***not*** promptly communicate ***with*** me. No call. No text. Only on June 1, he told me "the Court's Order of yesterday specifically prohibited you from contacting the Court on your own". That is not the Order says.

Without the benefit of my Letter of May 31, 2017, the Order criticized that I had not cited evidence of collusion. As stated in p.1, my Letter was submitted in my ***individual*** capacity, as a ***citizen witness*** to the crime against the Court and Judge Swain, *et al*.

In collusion with Defendants, Mr. Collins concealed the key facts in six (6) briefs to both the Court and Judge Swain, to procure the contempt order against Plaintiff. I do not want a repeat. What is outrageous is their deceit and collusion. It is the perpetrators of the crime, not the massager who exposed it, certainly not their victim, should be punished.

Respectfully submitted,

_____
Xiaolu Wang, PhD

cc via email to: Christopher Moore
Jennifer Kennedy Park
Russell Munves
Todd Collins