1622 LOCUST STREET | PHILADELPHIA, PA 19103-6305 | PHONE: 215/875-3000 | FAX: 215/875-4604 | WWW.BERGERMONTAGUE.COM

# Berger & Montague, P.C.
ATTORNEYS AT LAW

**TODD S. COLLINS**
WRITER'S DIRECT DIAL | 215/875-3040
WRITER'S DIRECT FAX | 215/875-5715
WRITER'S DIRECT E-MAIL | tcollins@bm.net

June 5, 2017

**Via Fax: (212) 805-6111**
The Honorable Henry Pitman
U.S. Magistrate Judge
Daniel Patrick Moynihan
U.S. Court House
500 Pearl Street
New York, NY 10007-1312

Re: *Advanced Analytics, Inc. v. Citigroup Global Market, Inc., et al.*
No. 04-cv-3531 (LTS) (HBP)

Dear Magistrate Judge Pitman:

I hesitate to take the Court's time with this, but in light of certain representations contained in Dr. Wang's letter of June 2, I feel it appropriate to state that on May 31, I sent the Court's Orders of that date to Dr. Wang within minutes of my receipt of them through the ECF system. In a cover email to Dr. Wang attaching the Orders, which included the word "Urgent" in the re line, I addressed in specific terms the subject matter of the Order at Docket 275. In light of the importance of this Order, I re-sent it to Dr. Wang 40 minutes later in order to ensure that he received it. The next day, following receipt of Dr. Wang's communication with Chambers on the evening of May 31, I again emailed Dr. Wang, specifically addressing the subject matter of the portion of the Order at Docket 275 that pertains to pro se communications with Chambers.

Respectfully,

BERGER & MONTAGUE, P.C.

Todd S. Collins
1622 Locust Street
Philadelphia, PA 19103

TSC/dlg
cc: Dr. Xiaolu Wang (via email)
All Counsel (via email)

kal7686185_920_1