**Advanced Analytics, Inc. v. Citigroup Global Markets, No. 04-3531**
Unredacted Copies of Sealed or Redacted Filings Related to Plaintiff's Pending Objections
(Plaintiff's Supplemental List)

| TAB | DATE | DOCUMENT |
|---|---|---|
| 1. | 6/6/2013 | Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment |
| 2. | 4/9/2014 | Plaintiff's Memorandum of Law in Support of Plaintiff's Motion For Clarification r in the Alternative Reconsideration of a Discrete Portion of the Court's Opinion and order of March 26, 2014 |
| 3. | 4/15/2014 | Declaration of Jennifer Kennedy Park in Support of Defendants' Application for an Award of Expenses Pursuant to the Court's Partial Grant of Motion to Strike the Fourth Declaration of Jianqing Fan and Exhibits A-D |
| 4. | 4/16/2014 | Memorandum of Law of Defendants Citigroup Global Markets, Inc. and the Yield Book Inc. in Opposition to Plaintiff's Motion to Clarify or Reconsider the Court Order of March 26, 2014 |
| 5. | 4/25/2014 | Plaintiffs Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment |
| 6. | 4/25/2014 | Plaintiff's Revised Response to Defendants' Statement of Undisputed Facts Pursuant to Local Civil Rule 56.1 |
| 7. | 5/21/2014 | Plaintiff's and Plaintiff's Counsel's Objection to the Magistrate Judge's Order of March 26, 2014 |
| 8. | 5/21/2014 | Plaintiff's Objection to the Magistrate Judge's Order of May 7, 2014 |
| 9. | 1/16/2015 | Letter to the Court from Plaintiff dated January 16, 2015 |
| 10. | 5/30/2017 | Letter to the Court from Xiaolu Wang dated May 30, 2017 |
| 11. | 7/29/2019 | Sealed Declaration of Thomas S. Kessler in Support of Defendants' Motion for Redaction of the Electronic Transcript of May 28, 2019 Hearing and Exhibit |
| 12. | 8/19/2019 | Reply in Support of Defendants' Motion for Redaction of the Electronic Transcript of the May 28, 2019 Hearing and Exhibit and Declaration of Thomas S. Kessler in Support of the Reply in Support of Defendants' Motion for Redaction of the Electronic Transcript of the May 28, 2019 Hearing |