2. 2014-04-09 ECF 239 Plaintiff's Motion For Clarification or in the Alternativ....pdf
3. 2014-04-15 ECF 242 Fee Application and Exhibits
Declaration of Jennifer Kennedy Park.pdf
Exhibit A.PDF.pdf
Exhibit B.PDF.pdf
Exhibit C.PDF.pdf
Exhibit D.PDF.pdf
4. 2014-04-16 ECF 243 Memo of Law in Opp to Motion to Clarify or Reconsider.pdf
5. 2014-04-25 ECF 246 Plaintiff's Memo of Law in Opposition to Defendants' Motion for Summary Judgment.pdf
6. 2014-04-25 ECF 246 Plaintiff's Revised Response to Defendants' Statement of Undisputed Facts Pursaunt to Local Civil Rule 56.1.pdf
7. 2014-05-21 ECF 249 Plaintiff's Objection to March26 Order.pdf
8. 2014-05-21 ECF 249 Plaintiff's Objection to May7 Order.Final.pdf
9. 2015-01-16 ECF 260 Plaintiff's Letter to Pitman.pdf
10. 2017-05-30 ECF 276 Letter from Xiaolu Wang.pdf
11. 2019-07-29 ECF 322 Motion to Redact May 28 Hr'g Tr and Exhibit
AAI Kessler Declaration ISO Motion to Redact May 28 Hearing Transcript.pdf
Exhibit 1.pdf
12. 2019-08-19 ECF 331 Reply ISO Motion to Redact May 28 Hr'g Tr. and Exhibit
401560770_7(AAI - Reply ISO Redaction (8-18-19 Draft)) ver 2[1].pdf
Kessler Decl.pdf