

- 40 East 80th Street, New York, New York, U.S.A 10075  •646-623-4654  • ptoren@petertoren.com www.petertoren.com • Admitted: CA, D.C., N.Y. Bars

February 9, 2022

VIA ECF

Chief Judge Laura Taylor Swain
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 702
New York, NY 10007
VIA ECF ELECTRONIC FILING

    *Re. Advanced Analytics, Inc. v. Citigroup Global Markets Inc. et al,*
    *04 Civ. 3531 (LTS) (SLC)*

Dear Chief Judge Swain:

    We represent Advanced Analytics, Inc. ("Plaintiff"). Last evening, Defendants filed their response (the "Response," ECF No. 485) to Plaintiff's Rule 201 Motion (ECF No. 479).

    On the one hand, the Response mischaracterized the Rule 201 Motion as "a surreply," yet on the other hand, "Defendants disagree that any of the documents at issue in the Rule 201 Motion are relevant to any of the issues raised in the Rule 59(e) Motion." *Id* at 2.

    The Response states that "Defendants would not object to the Court acknowledging the existence of documents previously filed in this action and letters filed in Plaintiff's 2020 action." *Id* at 2. However, "Defendants would request the Court hold Defendants' time to respond in abeyance," *id,* at 4.

    Plaintiff intends to file a short reply to the Response by February 15, 2022, pursuant to L.R. 6.1. Respectfully, Plaintiff submits that the Court should reserve its ruling on any of the issues relating to the Rule 201 Motion including the Response, until *after* the reply. [1] This would also be consistent with Defendants' request.

---

[1] At that time, if the Court would like to entertain more "fulsome briefing," Plaintiff would welcome the opportunity, despite Defendants have totally failed to comply with the Court's I.R.P 2(b) regarding all of their improper requests in the Response, including their requests for indefinite extension of the deadline for "fulsome briefing,"  and the Court may disregard all of these requests. In contrast, before filing the Motion, Plaintiff have used its best efforts to resolve informally the matters but was unsuccessful, in full compliance with I.R.P 2(b).

Respectfully submitted,

/s/ Peter Toren
Peter J. Toren
LAW OFFICE OF PETER J. TOREN
40 East 80th Street
New York, N.Y. 10075
T: (646) 623-4654

Attorneys for Plaintiff Advanced Analytics, Inc.