# EXHIBIT B

# General Docket
## Court of Appeals, 2nd Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 22-1718<br>**Nature of Suit:** 4190 CONTRACT-Other Contract Action<br>Advanced Analytics, Inc. v. Citigroup Global Markets, Inc.<br>**Appeal From:** SDNY (NEW YORK CITY)<br>**Fee Status:** Paid | **Docketed:** 08/08/2022 |

**Case Type Information:**
   1) Civil
   2) Private
   3) -

**Originating Court Information:**
   **District:** 0208-1 : 04-cv-3531
   **Trial Judge:** Laura Taylor Swain, U.S. District Judge
   **Trial Judge:** Sarah L. Cave, U.S. Magistrate Judge
   **Date Filed:** 05/07/2004

| **Date Order/Judgment:**<br>07/26/2022 | **Date NOA Filed:**<br>08/06/2022 | **Date Rec'd COA:**<br>08/08/2022 |

**Prior Cases:**
   None

**Current Cases:**
   None

**Panel Assignment:**   Not available

---

| | |
|---|---|
| Advanced Analytics, Inc.<br>      Plaintiff-Counter-Defendant - Appellant | Peter Toren, Esq., -<br>Direct: 646-623-4654<br>[COR LD NTC Retained]<br>Peter J. Toren<br>43 West 43rd Street, Suite 266<br>New York, NY 10036 |

------------------------

| | |
|---|---|
| Citigroup Global Markets, Inc., FKA Salomon Smith Barney Inc.<br>      Defendant-Counter-Claimant - Appellee | Christopher P. Moore, Esq., -<br>Direct: 44 20 7614 2227<br>[COR LD NTC Retained]<br>Cleary Gottlieb Steen & Hamilton LLP<br>2 London Wall Place<br>London, London, EC2Y 5AU<br>United Kingdom of Great Britain and Northern Irela<br><br>Thomas Kessler, Esq., -<br>Direct: 212-225-3455<br>[COR NTC Retained]<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br><br>Thomas Q. Lynch, Esq., -<br>Direct: 212-225-2566<br>[COR NTC Retained]<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br><br>Jennifer Kennedy Park, Esq., -<br>Direct: 650-815-4130<br>[COR NTC Retained]<br>Cleary Gottlieb Steen & Hamilton LLP<br>1841 Page Mill Road, Suite 250<br>Palo Alto, CA 94304 |

| | |
|---|---|
| Yield Book, Inc., FKA Salomon Analytics, Inc.<br>　　　　Defendant-Counter-Claimant - Appellee | Christopher P. Moore, Esq., -<br>Direct: 44 20 7614 2227<br>[COR LD NTC Retained]<br>(see above)<br><br>Thomas Kessler, Esq., -<br>Direct: 212-225-3455<br>[COR NTC Retained]<br>(see above)<br><br>Thomas Q. Lynch, Esq., -<br>Direct: 212-225-2566<br>[COR NTC Retained]<br>(see above)<br><br>Jennifer Kennedy Park, Esq., -<br>Direct: 650-815-4130<br>[COR NTC Retained]<br>(see above) |
| ----------------------------<br><br>The American Prospect<br>　　　　Intervenor<br><br>Brandon Smith<br>　　　　Intervenor | |

Advanced Analytics, Inc.,

    Plaintiff-Counter-Defendant - Appellant,

v.

Citigroup Global Markets, Inc., FKA Salomon Smith Barney Inc., Yield Book, Inc., FKA Salomon Analytics, Inc.,

    Defendant-Counter-Claimants - Appellees,

The American Prospect, Brandon Smith,

    Intervenors.

| Date | No. | Description |
|---|---|---|
| 08/08/2022 | ☐ 1<br>63 pg, 753.58 KB | NOTICE OF CIVIL APPEAL, with district court docket, on behalf of Appellant Advanced Analytics, Inc., FILED. [3361890] [22-1718] [Entered: 08/09/2022 09:38 AM] |
| 08/08/2022 | ☐ 2<br>6 pg, 117.01 KB | DISTRICT COURT ORDER, dated 11/04/2021, RECEIVED.[3361897] [22-1718] [Entered: 08/09/2022 09:41 AM] |
| 08/08/2022 | ☐ 3<br>1 pg, 31.09 KB | DISTRICT COURT JUDGMENT, dated 11/05/2021, RECEIVED.[3361900] [22-1718] [Entered: 08/09/2022 09:42 AM] |
| 08/08/2022 | ☐ 4<br>8 pg, 122.51 KB | DISTRICT COURT ORDER, dated 07/07/2022, RECEIVED.[3361906] [22-1718] [Entered: 08/09/2022 09:43 AM] |
| 08/08/2022 | ☐ 5<br>3 pg, 87.65 KB | DISTRICT COURT ORDER, dated 07/26/2022, RECEIVED.[3361908] [22-1718] [Entered: 08/09/2022 09:44 AM] |
| 08/09/2022 | ☐ 6<br>61 pg, 488.46 KB | ELECTRONIC INDEX, in lieu of record, FILED.[3361920] [22-1718] [Entered: 08/09/2022 09:48 AM] |
| 08/17/2022 | ☐ 7 | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, on behalf of Appellant Advanced Analytics, Inc., FILED. Service date 08/17/2022 by CM/ECF, email.[3366671] [22-1718] [Entered: 08/17/2022 11:36 AM] |
| 08/19/2022 | ☐ 8<br>60 pg, 395.39 KB | PAYMENT OF DOCKETING FEE, on behalf of Appellant Advanced Analytics, Inc., district court receipt # 4682, FILED.[3368232] [22-1718] [Entered: 08/19/2022 02:07 PM] |
| 08/22/2022 | ☐ 9<br>1 pg, 88.43 KB | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, on behalf of Appellee Citigroup Global Markets, Inc. and Yield Book, Inc., FILED. Service date 08/22/2022 by CM/ECF.[3369240] [22-1718] [Entered: 08/22/2022 03:00 PM] |
| 08/22/2022 | ☐ 10<br>1 pg, 1.11 MB | NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL, on behalf of Appellee Citigroup Global Markets, Inc. and Yield Book, Inc., FILED. Service date 08/22/2022 by CM/ECF. [3369250] [22-1718] [Entered: 08/22/2022 03:05 PM] |
| 08/22/2022 | ☐ 11 | ATTORNEY, Thomas Kessler for Citigroup Global Markets, Inc. Yield Book, Inc., in case 22-1718, [10], ADDED.[3369337] [22-1718] [Entered: 08/22/2022 03:52 PM] |
| 08/23/2022 | ☐ 12 | FORM C, on behalf of Appellant Advanced Analytics, Inc., FILED. Service date 08/22/2022 by CM/ECF. [3369498] [22-1718] [Entered: 08/23/2022 12:49 AM] |
| 08/23/2022 | ☐ 13 | ADDENDUM, on behalf of Appellant Advanced Analytics, Inc., FILED. Service date 08/22/2022 by CM/ECF.[3369499] [22-1718] [Entered: 08/23/2022 01:07 AM] |
| 08/23/2022 | ☐ 14 | ADDENDUM, on behalf of Appellant Advanced Analytics, Inc., FILED. Service date 08/23/2022 by CM/ECF.[3369500] [22-1718] [Entered: 08/23/2022 02:01 AM] |
| 08/23/2022 | ☐ 15 | FORM D, on behalf of Appellant Advanced Analytics, Inc., FILED. Service date 08/23/2022 by CM/ECF. [3369504] [22-1718] [Entered: 08/23/2022 07:50 AM] |
| 08/23/2022 | ☐ 16<br>2 pg, 149.23 KB | DEFECTIVE DOCUMENT, Form D, [15], on behalf of Appellant Advanced Analytics, Inc., FILED. [3369530] [22-1718] [Entered: 08/23/2022 08:25 AM] |
| 08/23/2022 | ☐ 17<br>2 pg, 127.71 KB | DEFECTIVE DOCUMENT, Form C, [14], on behalf of Appellant Advanced Analytics, Inc., FILED. [3369533] [22-1718] [Entered: 08/23/2022 08:28 AM] |
| 08/23/2022 | ☐ 18<br>2 pg, 127.72 KB | DEFECTIVE DOCUMENT, Form C, [13], on behalf of Appellant Advanced Analytics, Inc., FILED. [3369536] [22-1718] [Entered: 08/23/2022 08:32 AM] |
| 08/23/2022 | ☐ 19<br>2 pg, 128.15 KB | DEFECTIVE DOCUMENT, Form C, [12], on behalf of Appellant Advanced Analytics, Inc., FILED. [3369537] [22-1718] [Entered: 08/23/2022 08:34 AM] |
| 08/23/2022 | ☐ 20<br>1074 pg, 15.14 MB | FORM C, on behalf of Appellant Advanced Analytics, Inc., FILED. Service date 08/23/2020 by CM/ECF. [3370228] [22-1718] [Entered: 08/23/2022 04:21 PM] |
| 08/23/2022 | ☐ 21<br>1 pg, 365.63 KB | FORM D, on behalf of Appellant Advanced Analytics, Inc., FILED. Service date 08/23/2022 by CM/ECF. [3370234] [22-1718] [Entered: 08/23/2022 04:28 PM] |
| 08/23/2022 | ☐ 22 | CURED DEFECTIVE FORM C, [17], [19], [18], [20], on behalf of Appellant Advanced Analytics, Inc., FILED.[3370262] [22-1718] [Entered: 08/23/2022 04:50 PM] |
| 08/23/2022 | ☐ 23 | CURED DEFECTIVE FORM D, [16], [21], on behalf of Appellant Advanced Analytics, Inc., FILED. [3370269] [22-1718] [Entered: 08/23/2022 04:52 PM] |

| Date | Doc # | Description |
|---|---|---|
| 08/23/2022 | ☐ 27<br>2 pg, 149.59 KB | DEFECTIVE DOCUMENT, Acknowledgment and Notice of Appearance, [7], on behalf of Appellant Advanced Analytics, Inc., FILED.[3370588] [22-1718] [Entered: 08/24/2022 10:22 AM] |
| 08/24/2022 | ☐ 28<br>1 pg, 90.09 KB | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, on behalf of Appellant Advanced Analytics, Inc., FILED. Service date 08/24/2022 by CM/ECF.[3370983] [22-1718] [Entered: 08/24/2022 02:58 PM] |
| 08/24/2022 | ☐ 30 | CURED DEFECTIVE ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, [27], [28], on behalf of Appellant Advanced Analytics, Inc., FILED.[3371165] [22-1718] [Entered: 08/24/2022 04:46 PM] |
| 08/25/2022 | ☐ 33<br>1 pg, 89.42 KB | NEW CASE MANAGER, Evelyn Cruz, ASSIGNED.[3371673] [22-1718] [Entered: 08/25/2022 02:01 PM] |
| 09/06/2022 | ☐ 34<br>2 pg, 194.41 KB | LR 31.2 SCHEDULING NOTIFICATION, on behalf of Appellant Advanced Analytics, Inc., informing Court of proposed due date 12/03/2022, RECEIVED. Service date 09/06/2022 by CM/ECF.[3377245] [22-1718] [Entered: 09/06/2022 05:26 PM] |
| 09/06/2022 | ☐ 35<br>48 pg, 1.22 MB | DESIGNATION OF JOINT APPENDIX MATERIALS, on behalf of Appellant Advanced Analytics, Inc., FILED. Service date 09/06/2022 by CM/ECF.[3377323] [22-1718] [Entered: 09/06/2022 10:43 PM] |
| 09/19/2022 | ☐ 39<br>1 pg, 222.53 KB | NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL, on behalf of Appellee Citigroup Global Markets, Inc. and Yield Book, Inc., FILED. Service date 09/19/2022 by CM/ECF. [3384614] [22-1718] [Entered: 09/19/2022 02:58 PM] |
| 09/19/2022 | ☐ 40 | ATTORNEY, Jennifer Kennedy Park for Citigroup Global Markets, Inc. Yield Book, Inc., in case 22-1718 , [39], ADDED.[3384626] [22-1718] [Entered: 09/19/2022 03:13 PM] |
| 09/20/2022 | ☐ 41<br>15 pg, 764.53 KB | LETTER, on behalf of Appellee Citigroup Global Markets, Inc. and Yield Book, Inc., in response to Appellant's Joint appendix materials, RECEIVED. Service date 09/20/2022 by CM/ECF.[3385679] [22-1718]--[Edited 09/22/2022 by WD] [Entered: 09/20/2022 07:50 PM] |
| 11/02/2022 | ☐ 43<br>10 pg, 2.15 MB | TRANSCRIPT STATUS UPDATE LETTER, dated 11/02/2022, on behalf of Appellant Advanced Analytics, Inc., informing court of transcript delays, RECEIVED. Service date 11/02/2022 by CM/ECF. [3412589] [22-1718] [Entered: 11/02/2022 12:21 PM] |
| 11/16/2022 | ☐ 44<br>1 pg, 127.18 KB | TRANSCRIPT STATUS UPDATE LETTER, dated 11/16/2022, on behalf of Appellant Advanced Analytics, Inc., informing court of transcript delays, RECEIVED. Service date 11/16/2022 by CM/ECF. [3420763] [22-1718] [Entered: 11/16/2022 12:11 PM] |
| 11/18/2022 | ☐ 45<br>3 pg, 359.15 KB | LETTER, on behalf of Appellee Citigroup Global Markets, Inc. and Yield Book, Inc., in response to Plaintiff-Appellant Advanced Analytics, Inc.'s letters to the Second Circuit's Clerk of Court dated November 2, 2022 [D.I. 43] and November 16, 2022 [D.I.44] (collectively, the "Letters"), RECEIVED, Service date 11/18/2022 by CM/ECF.[3423024] [22-1718]--[Edited 11/21/2022 by EMC] [Entered: 11/18/2022 06:23 PM] |
| 11/30/2022 | ☐ 46<br>3 pg, 141.75 KB | TRANSCRIPT STATUS UPDATE LETTER, dated 11/30/2022, on behalf of Appellant Advanced Analytics, Inc., informing court of transcript delays, RECEIVED. Service date 11/30/2022 by CM/ECF. [3428996] [22-1718] [Entered: 11/30/2022 08:11 PM] |
| 12/14/2022 | ☐ 47<br>2 pg, 132.72 KB | RECORD ON APPEAL STATUS UPDATE LETTER, on behalf of Attorney Mr. Peter Toren, Esq. for Appellant Advanced Analytics, Inc., informing court of record delays, RECEIVED.Service date 12/14/2022 by CM/ECF. [3436755] [22-1718] [Entered: 12/14/2022 01:01 PM] |
| 12/21/2022 | ☐ 48<br>3 pg, 360.15 KB | LETTER, on behalf of Appellee Citigroup Global Markets, Inc. and Yield Book, Inc., in response to Plaintiff-Appellant Advanced Analytics, Inc.'s ("AAI") letters to the Clerk of Court for the Court of Appeals for the Second Circuit dated November 30, 2022 [D.I. 46] and December 14, 2022 [D.I. 47] (collectively, the "Letters"), RECEIVED. Service date 12/21/2022 by CM/ECF.[3441582] [22-1718]--[Edited 12/22/2022 by EMC] [Entered: 12/21/2022 05:59 PM] |
| 12/28/2022 | ☐ 49<br>2 pg, 137.89 KB | LETTER, on behalf of Appellant Advanced Analytics, Inc., in re: to Appellees letters regarding issues in the existing district court records, and informing this court of transcript delays, RECEIVED. Service date 12/28/2022 by CM/ECF.[3444102] [22-1718]--[Edited 12/29/2022 by EMC] [Entered: 12/28/2022 07:23 PM] |
| 01/05/2023 | ☐ 51<br>1 pg, 181.56 KB | LETTER, on behalf of Appellee Citigroup Global Markets, Inc., in response to Appellant's letter dated 12/28/2022, RECEIVED. Service date 01/05/2023 by CM/ECF.[3447718] [22-1718]--[Edited 01/06/2023 by EMC] [Entered: 01/05/2023 05:24 PM] |
| 01/11/2023 | ☐ 52<br>2 pg, 131.02 KB | LETTER, on behalf of Appellant Advanced Analytics, Inc., in response to Appellee's letter dated 01/05/2023 regarding issues in the existing district court records, RECEIVED. Service date 01/11/2023 by CM/ECF.[3451079] [22-1718]--[Edited 01/12/2023 by EMC] [Entered: 01/11/2023 09:28 PM] |
| 01/12/2023 | ☐ 53<br>26 pg, 1.36 MB | LETTER, on behalf of Appellant Advanced Analytics, Inc., Plaintiff intends to present both Ex.1 and Ex.2, incorporating Defendants' responses, to the District Court to be approved and settled as part of the record on appeal pursuant to FRAP10(c), in connection to its request for assistance regarding |

| Date | Doc # | Description |
|---|---|---|
| | | Defendants failure to produce the court records and other documents in violation of Chief Judge Swain's order, RECEIVED. Service date 01/12/2023 by CM/ECF.[3451938] [22-1718]--[Edited 01/13/2023 by EMC] [Entered: 01/12/2023 09:13 PM] |
| 01/25/2023 | 55 — 1 pg, 128.26 KB | LETTER, on behalf of Appellant Advanced Analytics, Inc., re: Defendant-Appellee's have not responded to several letters concerning their obligation to cure the deficiencies in current court records. Plaintiff will update the Clerk of the Court on the progress of its effort to complete the record every 14 days, RECEIVED. Service date 01/25/2023 by CM/ECF.[3458512] [22-1718]--[Edited 01/25/2023 by EMC] [Entered: 01/25/2023 12:57 PM] |
| 01/26/2023 | 57 — 6 pg, 525.79 KB | LETTER, on behalf of Appellee Citigroup Global Markets, Inc. and Yield Book, Inc., We write in response to Plaintiff-Appellant Advanced Analytics, Inc.'s ("AAI") letter dated 01/12/2023, its accompanying attachments, and AAI's letter dated 01/25/2023, RECEIVED. Service date 01/26/2023 by CM/ECF.[3459660] [22-1718]--[Edited 01/27/2023 by EMC] [Entered: 01/26/2023 07:00 PM] |
| 02/03/2023 | 58 — 4 pg, 437.39 KB | LETTER, on behalf of Appellant Advanced Analytics, Inc., in response to Appellees' letter dated 01/26/2023, RECEIVED. Service date 02/03/2023 by CM/ECF.[3464076] [22-1718]--[Edited 02/06/2023 by EMC] [Entered: 02/03/2023 08:04 PM] |
| 02/10/2023 | 59 — 8 pg, 692.11 KB | LETTER, on behalf of Appellee Citigroup Global Markets, Inc. and Yield Book, Inc., in re: We write in response to Plaintiff-Appellant Advanced Analytics, Inc.'s ("AAI") letter dated 02/03/2023 and accompanying email, RECEIVED. Service date 02/10/2023 by CM/ECF.[3467762] [22-1718]--[Edited 02/13/2023 by EMC] [Entered: 02/10/2023 05:26 PM] |
| 02/17/2023 | 60 — 2 pg, 131.95 KB | LETTER, on behalf of Appellant Advanced Analytics, Inc., in response to Appellee's letter dated 02/10/2023, RECEIVED. Service date 02/17/2023 by CM/ECF.[3471221] [22-1718]--[Edited 02/17/2023 by EMC] [Entered: 02/17/2023 01:24 PM] |
| 02/22/2023 | 61 — 10 pg, 996.41 KB | LETTER, on behalf of Appellant Advanced Analytics, Inc., in response to Appellee's letter dated 02/10/2023, RECEIVED. Service date 02/22/2023 by CM/ECF.[3472991] [22-1718]--[Edited 02/23/2023 by EMC] [Entered: 02/22/2023 10:58 PM] |
| 03/03/2023 | 62 — 6 pg, 3.27 MB | LETTER, on behalf of Appellee Citigroup Global Markets, Inc. and Yield Book, Inc., in response to Appellant's letter dated 02/17/2023. We respectfully request this Court (1) bar AAI from filing any further letters on the public docket, and (2) set deadlines for filing the Joint Appendix and Opening Brief, RECEIVED. Service date 03/03/2023 by CM/ECF.[3477737] [22-1718]--[Edited 03/03/2023 by EMC] [Entered: 03/03/2023 01:31 PM] |
| 03/17/2023 | 65 — 4 pg, 321.15 KB | RECORD ON APPEAL STATUS UPDATE LETTER, on behalf of Attorney Mr. Peter Toren, Esq. for Appellant Advanced Analytics, Inc., informing court of record delays, RECEIVED. Service date 03/17/2023 by CM/ECF. [3485783] [22-1718] [Entered: 03/17/2023 11:03 PM] |
| 03/31/2023 | 66 | LETTER, on behalf of Appellant Advanced Analytics, Inc., informing court of record delays, RECEIVED. Service date 03/31/2023 by CM/ECF.[3493162] [22-1718]--[Edited 04/06/2023 by EMC] [Entered: 03/31/2023 11:38 PM] |
| 04/03/2023 | 67 — 2 pg, 132.36 KB | DEFECTIVE DOCUMENT, LETTER, [66], on behalf of Appellant Advanced Analytics, Inc., FILED. [3493217] [22-1718] [Entered: 04/03/2023 08:56 AM] |
| 04/03/2023 | 68 — 1 pg, 28.85 KB | NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL, on behalf of Appellee Citigroup Global Markets, Inc. and Yield Book, Inc., FILED. Service date 04/03/2023 by CM/ECF. [3493758] [22-1718] [Entered: 04/03/2023 07:14 PM] |
| 04/04/2023 | 69 | ATTORNEY, Thomas Q. Lynch for Citigroup Global Markets, Inc. Yield Book, Inc., in case 22-1718, [68], ADDED.[3493814] [22-1718] [Entered: 04/04/2023 08:42 AM] |
| 04/05/2023 | 70 — 15 pg, 1.47 MB | TRANSCRIPT STATUS UPDATE LETTER, dated 04/05/2023, on behalf of Appellant Advanced Analytics, Inc., informing court of transcript delays, RECEIVED. Service date 04/05/2023 by CM/ECF. [3495020] [22-1718] [Entered: 04/05/2023 05:47 PM] |
| 04/06/2023 | 71 | CURED DEFECTIVE: TRANSCRIPT STATUS UPDATE LETTER, [70], on behalf of Appellant Advanced Analytics, Inc., FILED.[3495159] [22-1718] [Entered: 04/06/2023 09:22 AM] |
| 04/06/2023 | 72 — 2 pg, 111.11 KB | FRAP 26.1 CORPORATE DISCLOSURE STATEMENT, on behalf of Appellee Yield Book, Inc. and Citigroup Global Markets, Inc., FILED. Service date 04/06/2023 by CM/ECF.[3495737] [22-1718] [Entered: 04/06/2023 09:43 PM] |
| 04/06/2023 | 73 — 75 pg, 1.52 MB | MOTION, setting a briefing schedule, requiring Advanced Analytics, Inc. to obtain leave of court before filing any further letters on the public docket, on behalf of Appellee Citigroup Global Markets, Inc. and Yield Book, Inc., FILED. Service date 04/06/2023 by CM/ECF. [3495743] [22-1718]--[Edited 04/07/2023 by EMC] [Entered: 04/06/2023 10:20 PM] |
| 04/14/2023 | 77 — 4 pg, 186.33 KB | MOTION, to extend time, on behalf of Appellant Advanced Analytics, Inc., FILED. Service date 04/14/2023 by CM/ECF. [3499966] [22-1718] [Entered: 04/14/2023 08:01 PM] |

| Date | Doc | Description |
|---|---|---|
| 04/19/2023 | [81](#) 1 pg, 152.69 KB | MOTION ORDER, granting Appellant's motion to extend time to respond to Appellees' motion to set a briefing schedule and require leave of Court before filing any further letters on the public docket. Appellant's response is due 04/24/2023 and Appellees' reply is due 05/08/2023, [77], filed by Appellant Advanced Analytics, Inc., by BR, FILED. [3501899][81] [22-1718] [Entered: 04/19/2023 03:35 PM] |
| 04/24/2023 | [82](#) 64 pg, 2.09 MB | OPPOSITION TO , [73], on behalf of Appellant Advanced Analytics, Inc., FILED. Service date 04/24/2023 by CM/ECF. [3504360] [22-1718] [Entered: 04/24/2023 11:38 PM] |
| 05/04/2023 | [85](#) 1 pg, 147.92 KB | ORDER, dated 05/04/2023, directing Appellant to file a supplemental response within 10 days of the date of this order, to Appellees motion to set briefing schedule explaining (a) why the scheduling of the appeal should be further delayed pending its filing of a motion in the district court under Federal Rule of Appellate Procedure 10, (b) why it has not followed the procedures set forth in Federal Rule of Appellate Procedure 30(b), and (c) to the extent it wishes to include in the appendix documents that were not first filed on the district court docket, what rules and other authorities permit each such document to be made part of the appendix, FILED.[3510269] [22-1718] [Entered: 05/04/2023 02:02 PM] |
| 05/05/2023 | [86](#) 7 pg, 454.83 KB | MOTION, to extend time, on behalf of Appellee Citigroup Global Markets, Inc. and Yield Book, Inc., FILED. Service date 05/05/2023 by CM/ECF. [3511266] [22-1718] [Entered: 05/05/2023 04:36 PM] |
| 05/05/2023 | [88](#) 3 pg, 196.43 KB | OPPOSITION TO , [86], on behalf of Appellant Advanced Analytics, Inc., FILED. Service date 05/05/2023 by CM/ECF. [3511324] [22-1718] [Entered: 05/05/2023 06:47 PM] |
| 05/08/2023 | [90](#) 17 pg, 668.6 KB | REPLY TO OPPOSITION [82], on behalf of Appellee Citigroup Global Markets, Inc. and Yield Book, Inc., FILED. Service date 05/08/2023 by CM/ECF.[3512265][90] [22-1718] [Entered: 05/08/2023 09:18 PM] |
| 05/10/2023 | [93](#) 1 pg, 148.63 KB | MOTION ORDER, denying as moot motion to extend time to file reply; Appellees are granted leave to respond to Appellant's supplemental response by 05/25/2023, [86], filed by Appellee Citigroup Global Markets, Inc. and Yield Book, Inc., FILED. [3513587][93] [22-1718] [Entered: 05/10/2023 03:57 PM] |
| 05/15/2023 | [94](#) 62 pg, 1.74 MB | SUPPLEMENTAL OPPOSITION TO, Appellees motion, [73], on behalf of Appellant Advanced Analytics, Inc., FILED. Service date 05/15/2023 by CM/ECF. [3515984] [22-1718]--[Edited 05/16/2023 by EMC] [Entered: 05/15/2023 11:42 PM] |
| 05/25/2023 | [98](#) 13 pg, 148.87 KB | SUPPLEMENTAL REPLY TO OPPOSITION, [94], on behalf of Appellee Citigroup Global Markets, Inc. and Yield Book, Inc., FILED. Service date 05/25/2023 by CM/ECF.[3521696][98] [22-1718]--[Edited 05/26/2023 by EMC] [Entered: 05/25/2023 08:13 PM] |
| 06/09/2023 | [103](#) 1 pg, 129.58 KB | LETTER, on behalf of Appellant Advanced Analytics, Inc., informing Court that counsel will be out of the country and unable to respond to communication from the Court until 06/23/2023, RECEIVED. Service date 06/09/2023 by CM/ECF.[3527299] [22-1718] [Entered: 06/09/2023 11:58 AM] |
| 07/11/2023 | [105](#) 38 pg, 1.71 MB | MOTION, to complete record, for sanctions against Defendants, on behalf of Appellant Advanced Analytics, Inc., FILED. Service date 07/11/2023 by CM/ECF. [3540132] [22-1718]--[Edited 07/12/2023 by EMC] [Entered: 07/11/2023 11:28 PM] |
| 07/21/2023 | [109](#) 20 pg, 346 KB | OPPOSITION TO MOTION, to complete record, for sanctions against Defendants, [105], on behalf of Appellee Citigroup Global Markets, Inc. and Yield Book, Inc., FILED. Service date 07/21/2023 by email. [3545428][109] [22-1718] [Entered: 07/24/2023 08:56 AM] |
| 07/28/2023 | [115](#) 19 pg, 939.61 KB | REPLY TO OPPOSITION [109], on behalf of Appellant Advanced Analytics, Inc., FILED. Service date 07/28/2023 by CM/ECF.[3548895][115] [22-1718] [Entered: 07/28/2023 11:25 PM] |
| 08/09/2023 | [121](#) 1 pg, 91.26 KB | SUBMITTED NOTICE, to attorneys/parties, TRANSMITTED.[3554128] [22-1718] [Entered: 08/09/2023 01:40 PM] |
| 08/22/2023 | [123](#) 2 pg, 138.41 KB | MOTION ORDER, granting Appellee's motion to set a briefing schedule; denying Appellees' motion for a leave-to-file sanction [73], filed by Appellee Citigroup Global Markets, Inc. and Yield Book, Inc.; denying Appellant's motion to complete the record and for sanctions [105], filed by Appellant Advanced Analytics, Inc., by ECL, AJN, SALM, FILED. [3559771][123] [22-1718] [Entered: 08/22/2023 02:46 PM] |
| 08/22/2023 | [124](#) 2 pg, 700.09 KB | CERTIFIED ORDER, dated 08/22/2023, to U.S. District Court, Southern District of New York, ISSUED. [3559777] [22-1718] [Entered: 08/22/2023 02:58 PM] |
| 10/01/2023 | [127](#) 58 pg, 2.84 MB | MOTION, to extend time, on behalf of Appellant Advanced Analytics, Inc., FILED. Service date 10/01/2023 by CM/ECF. [3575964] [22-1718] [Entered: 10/01/2023 11:54 PM] |
| 10/02/2023 | 129 | LETTER, on behalf of Appellant Advanced Analytics, Inc., <EDIT by Clerk's Office> RECEIVED. Service date 10/02/2023 by CM/ECF.[3576498] [22-1718] [Entered: 10/02/2023 03:59 PM] |
| 10/02/2023 | [130](#) 2 pg, 130.61 KB | DEFECTIVE DOCUMENT, LETTER, [129], on behalf of Appellant Advanced Analytics, Inc., FILED. [3576512] [22-1718] [Entered: 10/02/2023 04:07 PM] |

| Date | Doc # | Description |
|---|---|---|
| 10/02/2023 | 131<br>1 pg, 182.31 KB | LETTER, on behalf of Appellee Citigroup Global Markets, Inc. and Yield Book, Inc., alerting the court that Appellees will file a response to Appellants Motion for an extension of time to file their Brief and Appendix by 10/11/2023, RECEIVED. Service date 10/02/2023 by CM/ECF.[3576616] [22-1718]--[Edited 10/03/2023 by EMC] [Entered: 10/02/2023 07:22 PM] |
| 10/03/2023 | 133<br>36 pg, 1.17 MB | SUPPLEMENTARY PAPERS TO MOTION [127], on behalf of Appellant Advanced Analytics, Inc., FILED. Service date 10/03/2023 by CM/ECF.[3576702][133] [22-1718] [Entered: 10/03/2023 09:46 AM] |
| 10/03/2023 | 134 | CURED DEFECTIVE: SUPPLEMENTARY PAPERS TO MOTION, [133], on behalf of Appellant Advanced Analytics, Inc., FILED.[3576718] [22-1718] [Entered: 10/03/2023 10:03 AM] |
| 10/03/2023 | 136<br>2 pg, 135.79 KB | LETTER, on behalf of Appellant Advanced Analytics, Inc., in response to Appellee's letter at docket entry 131, RECEIVED. Service date 10/03/2023 by CM/ECF.[3576987] [22-1718]--[Edited 10/03/2023 by EMC] [Entered: 10/03/2023 03:42 PM] |