# EXHIBIT E

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of May, two thousand twenty-three.

---

Advanced Analytics, Inc.,

    Plaintiff-Counter-Defendant - Appellant,

v.

Citigroup Global Markets, Inc., FKA Salomon Smith Barney Inc., Yield Book, Inc., FKA Salomon Analytics, Inc.,

    Defendants-Counter-Claimants - Appellees,

The American Prospect, Brandon Smith,

    Intervenors.

---

**ORDER**

Docket No. 22-1718

      Appellees request that the Court issue a briefing schedule in this appeal and require Appellant to obtain leave of the Court before filing any further letters on the docket. Appellant opposes the motion.

      IT IS HEREBY ORDERED that, within 10 days of the date of this order, Appellants must file a supplemental response explaining (a) why the scheduling of the appeal should be further delayed pending its filing of a motion in the district court under Federal Rule of Appellate Procedure 10, (b) why it has not followed the procedures set forth in Federal Rule of Appellate Procedure 30(b), and (c) to the extent it wishes to include in the appendix documents that were not first filed on the district court docket, what rules and other authorities permit each such document to be made part of the appendix.

      For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

