# CLEARY GOTTLIEB STEEN & HAMILTON LLP

AMERICAS
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.

ASIA
BEIJING
HONG KONG
SEOUL

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

D: +1 212 225 2884
tkessler@cgsh.com

EUROPE & MIDDLE EAST
ABU DHABI
BRUSSELS
COLOGNE
FRANKFURT
LONDON
MILAN
PARIS
ROME

August 6, 2025

<u>VIA ECF</u>                                **<u>MEMO ENDORSED</u>**

The Hon. Laura Taylor Swain
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 17C
New York, NY 10007-1312

      Re: <u>Advanced Analytics, Inc. v. Citigroup Global Markets, Case No. 04 Civ 3531 (LTS) (SLC)</u>

Dear Chief Judge Swain:

      We write on behalf of Defendants[1] in the above-captioned matter, pursuant to this Court's July 21, 2025 order, ECF No. 526 (the "<u>July 21 Order</u>")[2] and this Court's December 15, 2021 order, ECF No. 470 (the "<u>December 15 Fees and Costs Order</u>"), to request an extension of the deadline for Defendants' forthcoming Fees and Costs Declaration.

      Defendants' Fees and Costs Declaration is currently due August 14, 2025. As Your Honor knows, Defendants have only submitted one other extension request in this action. *See* Order, ECF 470.[3]

      On July 9, 2025, Defendants submitted a Letter setting forth a proposal on the form of Defendants' Fees and Costs Declaration (the "<u>Proposal</u>"). Plaintiff subsequently opposed this proposal, *see* ECF No. 525 (the "<u>Opposition</u>"), and on July 21, Your Honor directed the Parties to meet and confer to determine whether they could reach a resolution without the

---

[1]     Capitalized terms not defined herein have the meaning ascribed in Defendants' July 9, 2025, letter. *See* ECF No. 521 (the "<u>July 9 Letter</u>").

[2]     Docket citations to "ECF No." refer to the above-captioned case.

[3]     On December 15, 2021, this Court modified the Defendants' submission of the Fees and Costs Declaration to forty-five days from the later of (i) the resolution of the Reconsideration and Relief Motion or (ii) the issuance of a mandate from the United States Court of Appeals for the Second Circuit, in the event Plaintiff pursues an appeal from the entry of judgment in the above-captioned action.

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the locations listed above.

The Hon. Laura Taylor Swain, p. 2

Court's intervention, *see* July 21 Order at 4. The Parties met and conferred on July 30, 2025, in accordance with this Court's July 21 Order and section 2(b)(i)(1) of its Individual Practices. On August 4, 2025, Defendants submitted a Letter to this Court regarding the disputed fee application. *See* ECF No. 527.

In light of the fact that the Court has not yet ruled on the Proposal, and pursuant to section 1(e) of its Individual Practices, Defendants respectfully request that the Court extend the August 14 deadline until 45 days after the Court's decision on the Proposal.

Pursuant to section 1(e) of this Court's Individual Practices, Defendants represent that as of the filing of this letter, Plaintiff's counsel has not responded to Defendants' requests made on August 5 and August 6, 2025 for Plaintiff's position on an extension of the deadline for Defendants' forthcoming Fees and Costs Declaration.

* * *

We thank the Court for its continued attention to this matter.

Respectfully submitted,

*/s/ Thomas S. Kessler*
Christopher P. Moore
Jennifer Kennedy Park
Thomas S. Kessler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999

*Attorneys for Defendants*

cc: All counsel of record (via ECF)

The foregoing request for an extension is granted. DE # 528 is resolved.
SO ORDERED.
8/7/2025
/s/ Laura Taylor Swain, Chief USDJ