**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ADVANCED ANALYTICS, INC.,

       Plaintiff and Counterclaim
       Defendant,

       -against-

CITIGROUP GLOBAL MARKETS INC.,
et al.,

       Defendants and Counterclaim
       Plaintiffs.
------------------------------------------------------------X

04 **CIVIL** 3531 (LTS) (SLC)

**JUDGMENT**
**For Attorney's Fees and Costs**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 10, 2026, Defendants' application for an award of fees and expenses is granted in full. Defendants are hereby awarded a total of $9,462,815.96.

**Dated:** New York, New York
      February 13, 2026

**TAMMI M. HELLWIG**
_____
      **Clerk of Court**

**BY:** _____
      **Deputy Clerk**